REC'D JUN 3 0

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

James Coppedge, sui juris
JAMES COPPEDGE, DEBTOR © Ens legis
c/o 52 BARKLEY COURT
DOVER, DELAWARE 19904
Phone# 215.913.1485

CIVIL/CRIMINAL
ACTION NO. _____

vs.

CITY OF PHILADELPHIA
Attn: James J. Zwolak, Esq.
Divisional Deputy City Solicitor
1401 J.F.K. BLVD, 5th Fl, MSB
Philadelphia, PA 19102

MOTION

PETITION FOR RESTRAINING ORDER: A CONTEST OF DOUBLE BOOK ENTRIES

The Taxes and Liens are in Dispute. I am the Secured Party authorized to speak and respond on behalf of JAMES COPPEDGE, DEBTOR. This is an Actural and Constructive Notice that the claims of debts and liens on the accounts below are not accurate. Due to the CITY's Default of non-Response by Affidavit under penalty of perjury as stipulated, and with no corrections, the claims of debt and lien must be voided. All debts were settled by private negotiable instruments, persuant to Public Policy under HJR-192. Paid-In-Full. Mr. Zwolak, Esq. is charging the alleged debts under Article 1, Section 10 which is unlawful.

Furthermore, the undersigned Secured Party has filed a prior, superior UCC claim with the Secretary of State, a UCC 1 Financing Statement No.: 2009 0491016. Delaware. You are hereby notified that the undersigned Secured Party contests the Double Book Entries with treat of Sheriff Sale operating unlawfully under color of law and color of office. Your action of ignoring Public Policy and tender of payment through the Department of the Treasury is criminal and a violation of HJR-192 and P.L. 73-10 (48) Stat 112-113 in consideration of the U.S. Constitution Article 1, §10 in addition to the Fair Debt Collections Act and the collection of an unlawful debt, pursuant to 18 USCA § 1962(a).

If no lawful corrections are made and if what is left is not verified as stipulated, your silent agreement all liens and debts and you have agreed to a penalty of 5 Million USD for Abuse of Power and misrepresentation of Motions and Briefs. Now if you dispute this claim in part or in whole, this Petition must be rebutted in 20 days from the date of this notice. Failure to respond as stipulated, my claim stands as truth in commerce.

PRINTED NAME: *James Coppedge*

Without prejudice, AR R

ADDRESS: *c/o 52 Barkley Ct, Dover, DE 19904*

Date: *30 June 2023*