# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

James Coppedge, sui juris §
JAMES COPPEDGE, §
        Plaintiff §
§
    vs. §
§
CITY OF PHILADELPHIA, §
James J. Zwolak, Esq. §
Attorney for the Defendant §
        Defendant, §

**CIVIL/CRIMINAL**
**ACTION NO. <u>23-2580 (BMS)</u>**
Date: 008/04/2023

Jury Trial:  <u>x</u> Yes    __ No

## MOTION

## <u>NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL</u>
## <u>NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT</u>
## <u>AMENDED COMPLAINT</u>

## <u>A PETITION FOR RESTRAINING ORDER:</u>
## <u>A CONTEST OF UNLAWFUL DOUBLE BOOK ENTRIES</u>

1. As Secured Party I am authorized to speak for and respond on behalf of JAMES COPPEDGE. The Taxes and Liens are disputed because all Taxes and Liens were discharged by Private Negotiable Debt Instruments through the DEPARTMENT OF THE TREASURY on behalf of JAMES COPPEDGE, the DEBTOR, pursuant to HJR-192. The CITY OF PHILADELPHIA is being sued for its failure to credit the accounts, non-appropriate response, Double Book Entries, and neglect of due process in violation of Pennsylvania Code. The City must respond within 20 days to avoid default or correct the record.

2. I believe the CITY'S CLAIMS are not accurate due to its defaults and non-responses on the record.  There has been no debt validation by affidavit under penalty of perjury

as stipulated and no corrections of mistakes found, identified, and reported as errors on the CITY'S CLAIMS. I have petitioned for Proof of Claim of debt validation, pursuant to 15 USC § 1692e, seq. To date, I have received not answer as stipulated. Furthermore, the undersigned Secured Party has filed a prior, superior UCC Claim with the Secretary of State. A UCC 1 Financing Statement No.: 2009 0491016. Delaware.

3. **Pursuant to the UNIFORM COMMERCIAL CODE in Article 3. Part 6, Section 3-603, and the Pennsylvania Consolidated Status Title 13 UNIFORM COMMERCIAL CODE in § 3-603, and § 3-604. The tender of payment and discharge is in order to be in compliance. "But alas, it is obvious that this "Public Policy" has not been addressed or accepted in Opposing Counsel Zwolak's briefs because the issues appear to have been intentionally ignored. As an attorney, he knew or should have known that this matter cannot lawfully be over looked.**

4. **Therefore, complaint for a civil case alleging that the defendant failed to credit the Plaintiff's accounts according to  HJR-192 and Public Law 73-10(48) Statue 112-113 in consideration of the U.S. Constitution article 1,§ 10 which accounts were accepted and returned for value…and that the defendant owes Plaintiff a sum of money which shall be forgiven upon acknowledgement of the Plaintiff's acceptance of his exemption for  debt discharges.**

5. **Since there has been no response from the Secretary of the Treasury Protesting my drafts on behalf of the DEBTOR, the Defendant Attorney(s) have filed frivolous Motions and misleading statement causing liens and Double Book**

Entries.  The Plaintiff's response to the misleading documents remains

unrebutted by affidavit and by absence of jurisdiction.  The Defendant has failed

state a claim for which relief may be granted.  See (FRCP Rule 12(b)6(1)(2) 802,

(28 U.S.C.  § 1332; § 1603 (a) diversity of citizenship).

6.   Furthermore, please reference the following "Undisputed Conclusions of Title 15

in connection to natural person which was violated:

### UNDISPUTED CONCLUSIONS

"Title 15> CHAPTER 41> SUBCHAPTER V > § 1692 is an act of Congress designed to
protect natural persons, 1692a: The term "consumer" means any natural person obligated
or allegedly obligated to pay any debt, from abusive collection agency practices....

### NOTICE

"Notice for the agent is notice for the principal applies under this notice.
Notification of legal responsibility is "the first essential of due process of law" See *Connally
v. General Construction* Co., 269 U.S. 385, 391 (1926).  The City's silence stands as consent,
and tacit approval, for the declarations of facts and conclusion here being established as
fact, as a law matter and this affidavit absent timely rebuttal, will stand as final judgment
in this matter."

7. Failure to reply within - thirty days, establishes the City of Philadelphia agrees with

the foregoing and are thusly legally estopped, pursuant to:  *Carmin v. Bowen,* 64A. 932,

1906, silence activates estoppel.

8. Opposing Counsel Zwolak, or other Attorneys representing the CITY who may

possess information, for example; form the Secretary of the Treasury Protesting any of my

drafts, that will controvert and overcome this Declaration with specificity, please advise Me

in writing by DECLARATION in AFFIDAVIT FORM within 30, days from receipt hereof

and thereby, provide Me with your timely rebuttal, proving with particularity by stating all

requisite actual evidentiary fact and all requisite actual law, and at no time in reliance on

mere presumptive facts and personal conclusions of law, that this Affidavit by Verified

3

**Declaration is substantially and materially false sufficiently for changing materially my declaration.**

1. **<u>PARTIES IN THE COMPLAINT</u>**

> James Coppedge, sui juris:
> JAMES COPPEDGE
> > > Plaintiff,
>
> > > v.
>
> CITY OF PHILADELPHIA,
> James J. Zwolak, Esq.
> Attorney for the Defendant.
> > > Defendant,

11.   **Basis for Jurisdiction:**

**Federal Question:**   <u>x</u>.   Diverse Jurisdiction   <u>x</u>.

Federal Question:  **Whether HJR-192 and Public Law 73-10 (48) Stat. 112-113 are still lawful directives and must be followed by the Courts and the Attorneys?** See Proof of Claim:  Pursuant to FRCP Rule 60(b)5, 26(a)(1)(B), 17(a) UCC 3-603(b), UCC 3-604, UCC 3-311, UCC 3-308, UCC 3-104, UCC 3-419, UCC 3-501, HJR-192 of June 05, 1933, Public Law 73-10 (48) Stat. 112-113 in consideration of the U.S. CONSTITUTION ARTICLE 1 § 10.

**Diverse Jurisdiction**:  James Coppedge is a resident of the State of Delaware, and U.S. Citizen. The Defendant is of Philadelphia, Pennsylvania.

111.   **STATEMENT OF CLAIM:**

> a. The events that gave rise to Plaintiff's claim occurred in Philadelphia, PA.
>
> b. The time period occurred in the years of 2012, 2019, 2020, 2022, 2023.  For a more recent dates case are dated for 03/25/22, 11/19/2019, 03/06/2020/ and 04/14/2020.

**c. Facts**: The CITY's records are not accurate. The debts have been discharged pursuant to Public Policy as stated above. Over the past 10 years there were other Agents that participated in the misdirection of facts; such as Sam Scauvzzo, Esq., Steven Wakefield , Esq. Judge Andeas (on or about 02/17/2022 who received BONDS for value of $800,000.00 to settle all or any unknown existing debts which I may be unaware.) No credit was applied to the accounts. As for who saw what? My correspondence was private and confidential and not for the general public's knowledge.

## IV. Injuries:

All I have experience health injuries of stress and the loss of funds due the CITY'S failure to lawfully accept the discharge of the debts. The ordeal of the Opposing Counsel's misdirection of Motions, the stress of their action has caused me to fall and hurt myself.

## IV. Relief:

What I want the Court to do for me is to accept my offer of exemption to confirm the settlement in exchange for the forgiveness in full of the Counterclaim.

## V. Relief:

To demand that the City correct the record, remove the liens, and issue corrected and current BILLS as the Court deems fair and just.

## Verification

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge and understanding.

Signed this _02_ day of _August_ 2023

Without prejudice

Signature: _James Coppedge_

_Authorized Representative_

Mailing Address: _52 Barkley Ct_

_Dover, DE 19904_

Telephone: _(215) 913-1485_

Email Address: _Leojames52@gmail.com_

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| James Coppedge, sui juris | § | |
| JAMES COPPEDGE, | § | **CIVIL/CRIMINAL** |
| Plaintiff | § | **ACTION NO. 23-2580 (BMS)** |
| | § | Date: 008/04/2023 |
| vs. | § | |
| | § | Jury Trial:  x Yes  __No |
| CITY OF PHILADELPHIA, | § | |
| James J. Zwolak, Esq. | § | |
| Attorney for the Defendant | § | |
| Defendant, | § | |

## MOTION

## NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL
## NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT
## AMENDED COMPLAINT

## A PETITION FOR RESTRAINING ORDER:
## A CONTEST OF UNLAWFUL DOUBLE BOOK ENTRIES

1. As Secured Party I am authorized to speak for and respond on behalf of JAMES COPPEDGE. The Taxes and Liens are disputed because all Taxes and Liens were discharged by Private Negotiable Debt Instruments through the DEPARTMENT OF THE TREASURY on behalf of JAMES COPPEDGE, the DEBTOR, pursuant to HJR-192. The CITY OF PHILADELPHIA is being sued for its failure to credit the accounts, non-appropriate response, Double Book Entries, and neglect of due process in violation of Pennsylvania Code. The City must respond within 20 days to avoid default or correct the record.

2. I believe the CITY'S CLAIMS are not accurate due to its defaults and non-responses on the record. There has been no debt validation by affidavit under penalty of perjury

1

as stipulated and no corrections of mistakes found, identified, and reported as errors on the CITY'S CLAIMS.  I have petitioned for Proof of Claim of debt validation, pursuant to 15 USC § 1692e, seq. To date, I have received not answer as stipulated. Furthermore, the undersigned Secured Party has filed a prior, superior UCC Claim with the Secretary of State. A UCC 1 Financing Statement No.: 2009 0491016. Delaware.

3. **Pursuant to the UNIFORM COMMERCIAL CODE in Article 3. Part 6, Section 3-603, and the Pennsylvania Consolidated Status Title 13 UNIFORM COMMERCIAL CODE in § 3-603, and § 3-604. The tender of payment and discharge is in order to be in compliance. "But alas, it is obvious that this "Public Policy" has not been addressed or accepted in Opposing Counsel Zwolak's briefs because the issues appear to have been intentionally ignored. As an attorney, he knew or should have known that this matter cannot lawfully be over looked.**

4. **Therefore, complaint for a civil case alleging that the defendant failed to credit the Plaintiff's accounts according to  HJR-192 and Public Law 73-10(48) Statue 112-113 in consideration of the U.S. Constitution article 1,§ 10 which accounts were accepted and returned for value…and that the defendant owes Plaintiff a sum of money which shall be forgiven upon acknowledgement of the Plaintiff's acceptance of his exemption for  debt discharges.**

5. **Since there has been no response from the Secretary of the Treasury Protesting my drafts on behalf of the DEBTOR, the Defendant Attorney(s) have filed frivolous Motions and misleading statement causing liens and Double Book**

Entries.  The Plaintiff's response to the misleading documents remains

unrebutted by affidavit and by absence of jurisdiction.  The Defendant has failed

state a claim for which relief may be granted.  See (FRCP Rule 12(b)6(1)(2) 802,

(28 U.S.C.  § 1332; § 1603 (a) diversity of citizenship).

6.  Furthermore, please reference the following "Undisputed Conclusions of Title 15

in connection to natural person which was violated:

## UNDISPUTED CONCLUSIONS

"Title 15> CHAPTER 41> SUBCHAPTER V > § 1692 is an act of Congress designed to
protect natural persons, 1692a: The term "consumer" means any natural person obligated
or allegedly obligated to pay any debt, from abusive collection agency practices….

## NOTICE

"Notice for the agent is notice for the principal applies under this notice.
Notification of legal responsibility is "the first essential of due process of law" See *Connally
v. General Construction* Co., 269 U.S. 385, 391 (1926).  The City's silence stands as consent,
and tacit approval, for the declarations of facts and conclusion here being established as
fact, as a law matter and this affidavit absent timely rebuttal, will stand as final judgment
in this matter."

7. Failure to reply within - thirty days, establishes the City of Philadelphia agrees with

the foregoing and are thusly legally estopped, pursuant to:  *Carmin v. Bowen,* 64A. 932,

1906, silence activates estoppel.

8. Opposing Counsel Zwolak, or other Attorneys representing the CITY who may

possess information, for example; form the Secretary of the Treasury Protesting any of my

drafts, that will controvert and overcome this Declaration with specificity, please advise Me

in writing by DECLARATION in AFFIDAVIT FORM within 30, days from receipt hereof

and thereby, provide Me with your timely rebuttal, proving with particularity by stating all

requisite actual evidentiary fact and all requisite actual law, and at no time in reliance on

mere presumptive facts and personal conclusions of law, that this Affidavit by Verified

3

Declaration is substantially and materially false sufficiently for changing materially my declaration.

1. **PARTIES IN THE COMPLAINT**

> James Coppedge, sui juris:
> JAMES COPPEDGE
> > Plaintiff,
>
> > v.
>
> CITY OF PHILADELPHIA,
> James J. Zwolak, Esq.
> Attorney for the Defendant.
> > Defendant,

11.   **Basis for Jurisdiction:**

**Federal Question:**   x.   Diverse Jurisdiction   x.

Federal Question: **Whether HJR-192 and Public Law 73-10 (48) Stat. 112-113 are still lawful directives and must be followed by the Courts and the Attorneys?** See Proof of Claim:  Pursuant to FRCP Rule 60(b)5, 26(a)(1)(B), 17(a) UCC 3-603(b), UCC 3-604, UCC 3-311, UCC 3-308, UCC 3-104, UCC 3-419, UCC 3-501, HJR-192 of June 05, 1933,Public Law 73-10 (48) Stat. 112-113 in consideration of the U.S. CONSTITUTION ARTICLE 1 § 10.

**Diverse Jurisdiction**:  James Coppedge is a resident of the State of Delaware, and U.S. Citizen. The Defendant is of Philadelphia, Pennsylvania.

111.   **STATEMENT OF CLAIM:**

> a. The events that gave rise to Plaintiff's claim occurred in Philadelphia, PA.
>
> b. The time period occurred in the years of 2012, 2019, 2020, 2022, 2023.  For a more recent dates case are dated for 03/25/22, 11/19/2019, 03/06/2020/ and 04/14/2020.

   **c. Facts**: The CITY's records are not accurate. The debts have been discharged pursuant to Public Policy as stated above.  Over the past 10 years there were other Agents that participated in the misdirection of facts; such as Sam Scauvzzo, Esq., Steven Wakefield , Esq. Judge Andeas (on or about 02/17/2022 who received BONDS for value of  $800,000.00 to settle all or any unknown existing debts which I may be unaware.)  No credit was applied to the accounts. As for who saw what?  My correspondence was private and confidential and not for the general public's knowledge.

**IV.  Injuries:**

   All I have experience health injuries of stress and the loss of funds due the CITY'S failure to lawfully accept the discharge of the debts.  The ordeal of the Opposing Counsel's misdirection of Motions, the stress of their action has caused me to fall and hurt myself.

**IV. Relief:**

   What I want the Court to do for me is to accept my offer of exemption to confirm the settlement in exchange for the forgiveness in full of the Counterclaim.

**V. Relief:**

   To demand that the City correct the record, remove the liens, and issue corrected and current BILLS as the Court deems fair and just.

## Verification

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge and understanding.

Signed this _0 2_ day of _August_ 2023

Without prejudice

Signature: _James Coppedge_

_Authorized Representative_

Mailing Address: _5 2 Barkley ct_

_Dover, DE 19904_

Telephone: _(215) 913-1485_

Email Address: _Leojakes520@ mail.com_

## AFFIDAVIT OF INDIVIDUAL SURETY
*(See instructions on reverse)*

OMB No.: 9000-0001

Public reporting burden for this collection of information is estimated to average 3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Regulatory Secretariat (MVA), Office of Acquisition Policy, GSA, Washington, DC 20405.

STATE OF **DELAWARE**

COUNTY OF **KENT**

SS.

I, the undersigned, being duly sworn, depose and say that I am: (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent. I also depose and say that, concerning any stocks or bonds included in the assets listed below, that there are no restrictions on the resale of these securities pursuant to the registration provisions of Section 5 of the Securities Act of 1933. I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494. This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| | |
|---|---|
| 1. NAME *(First, Middle, Last) (Type or Print)*<br><br>JAMES COPPEDGE | 2. HOME ADDRESS *(Number, Street, City, State, ZIP Code)*<br>52 BARKLEY COURT, DOVER, DELAWARE 19904<br><br>B/C # 154-44-328005 |
| 3. TYPE AND DURATION OF OCCUPATION<br><br>SURETY/LIFETIME | 4. NAME AND ADDRESS OF EMPLOYER *(If Self-employed, so State)*<br>U.S. DISTRICT COURT FOR THE<br>EASTERN DISTRICT OF PENNSYLVANIA |
| 5. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED *(If any)*<br>*(Number, Street, City, State, ZIP Code)*<br>DEPOSITORY TRUST COMPANY<br>55 WATER STREET, NEW YORK, NY 10041 | 6. TELEPHONE NUMBER<br>HOME - N/A<br><br>BUSINESS - N/A |

7. THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND:

(a) Real estate *(Include a legal description, street address and other identifying description; the market value; attach supporting certified documents including recorded lien; evidence of title and the current tax assessment of the property. For market value approach, also provide a current appraisal.)*

Real Estate Tax: Account # OPA No.: 131245800 Amount 17,000.00, Address: 3739 N. 18th St. Philadelphia, PA 19140. 2113 W. Erie Ave. OPA No.: 131066400, Amount: $1300.00, 3637 N. 21st: OPA No.: 131294700 Amt.: $13,000.00. 3742 N. 18th St. OPA No.: 131253200 Civil CAse No.: 220102380. Water/Sewer Tax fines est total $100.000.00
CASE No.: 23-2580(BMS)           BOND VALUE: $600.000.00

(b) Assets other than real estate *(describe the assets, the details of the escrow account, and attach certified evidence thereof)*
See All liens are listed under Case No. 220102380 for CITY OF PHILADELPHIA. Also any judgments. See 7 (a) 7 (b) above. This is retender of payments under UCC 3-603, UCC 3-604, UCC 3-311, UCC 3-104, and UCC 3-308

8. IDENTIFY ALL MORTGAGES, LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS INCLUDING REAL ESTATE TAXES DUE AND PAYABLE.
See the following attachments:          STANDARD FORM 28, OPTIONAL FORM 91,
B/C # 154-44-328005                      STANDARD FORM 24
E81761746                                STANDARD FORM 25
                                         STANDARD FORM 25A

9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN 3 YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT.
                                                        OPTIONAL FORM 91
Same as 8 above:  B/C # 154-44-328005    E81761746   STANDARD FORM 24
                                                       STANDARD FORM 25
                                                       STANDARD FORM 25A

DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED.

| 10. SIGNATURE<br>*James Coppedge, auth. Rep.* | 11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES *(Where appropriate)* OPT FORM 91  ST. FORM 24, ST. FORM 25<br>ST. FORM 25A  E81761746 B/C# 154-44-328005 |
|---|---|

12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS:

| a. DATE OATH ADMINISTERED | b. CITY AND STATE *(Or other jurisdiction)* | |
|---|---|---|
| MONTH **08** / DAY **01** / YEAR **2023** | DOVER, DELAWARE | |
| c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH *(Type or print)*<br>BENJAMIN T. GARRETT · NOTARY PUBLIC | d. SIGNATURE | e. MY COMMISSION EXPIRES<br>08-02-2023 |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is not usable
Confidential

STANDARD FORM 28 (REV. 6/2003)
Prescribed by GSA-FAR (48 CFR) 53.228(e)
May, 2009

# ATTACHMENT

## RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas _____ JAMES COPPEDGE _____ , of ____ B/C #154-44-328005 ____ NY , by a bond
         (Name)                  (Place of Residence)

for the performance of U.S. Government Contract Number ____ 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 ____ ,

became a surety for the complete and successful performance of said contract, and Whereas

said surety has placed certain personal property in escrow

    in Account Number _____ CASE No.: 23-2585 (BMS) _____ on deposit

at ___ UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PA ___
                   (Name of Financial Institution)

located at ___ " 601 MARKET STREET, PHILADELPHIA, PA 19106 ___ , and
               (Address of Financial Institution)

Whereas I, _____ james coppedge family of coppedge _____ , being a duly authorized
representative of the United States government as a warranted contracting officer, have
determined that retention in escrow of the following property is no longer required to ensure
further performance of the said Government contract or satisfaction of claims arising
therefrom:

    see attached CIVIL CASE No.: 220102380 CITY OF PHILA V. J. COPP.
    see Standard Form 28  AFFIDAVIT OF INDIVIDUAL SURETY (attached)
    see Optional Form 91  RELEASE OF PERSONAL PROPERTY FROM ESCROW (attached)
    see Standard Form 24  BID BOND (attached)
    see Standard Form 25  PERFORMANCE BOND (attached)
and   see Standard Form 25A PAYMENT BOND (attached)

Whereas the surety remains liable to the United States Government for the continued
performance of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow
the property listed above, and directs the custodian of the aforementioned escrow account to
deliver the listed property to the surety. If the listed property comprises the whole of the
property placed in escrow in the aforementioned escrow account, the Government further
directs the custodian to close the account and to return all property therein to the surety, along
with any interest accruing which remains after the deduction of any fees lawfully owed to

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA
         (Name of Financial Institution)

[Date]

08-01-2023

08-02-2023

[Signature]

Seal

# BID BOND

*(See Instruction on reverse)*

| DATE BOND EXECUTED (Must not be later than bid opening date) | OMB NO.: 9000-0045 |
|---|---|
| July 12, 2023 | |

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

**PRINCIPAL** *(Legal name and business address)*

JAMES COPPEDGE
52 BARKLEY COURT
DOVER, DE 19904

**TYPE OF ORGANIZATION** *("X" one)*

- [X] INDIVIDUAL
- [ ] PARTNERSHIP
- [ ] JOINT VENTURE
- [ ] CORPORATION

STATE OF INCORPORATION
B/C# 154-44-328005

**SURETY(IES)** *(Name and business address)*

JAMES COPPEDGE
DEPOSITORY TRUST COMPANY
55 WATER STREET, 1st FLOOR
NEW YORK, NY 10041

### PENAL SUM OF BOND

| PERCENT OF BID PRICE | AMOUNT NOT TO EXCEED | | | |
|---|---|---|---|---|
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | | | | |

| BID DATE 07/12/2023 | BID IDENTIFICATION |
|---|---|
| | INVITATION NO. |
| FOR (Construction, Supplies, or Services) | CASE No.: 23-2580 (BMS) |

**OBLIGATION:**

We, the Principal and Surety(ies) are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The Principal has submitted the bid identified above.

**THEREFORE:**

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within the time specified (ten (10) days if no period is specified) after receipt of the forms by the principal; or (b) in the event of failure to execute such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each Surety executing this instrument agrees that its obligation is not impaired by any extension(s) of the time for acceptance of the bid that the Principal may grant to the Government. Notice to the surety(ies) of extension(s) are waived. However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the period originally allowed for acceptance of the bid.

**WITNESS:**

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

### PRINCIPAL

| | 1. *(Seal)* | 2. *(Seal)* | 3. *(Seal)* | Corporate Seal |
|---|---|---|---|---|
| SIGNATURE(S) | | | | |
| NAME(S) & TITLE(S) (Typed) | 1. James Coppedge Auth. Repr. | 2. | 3. | |

### INDIVIDUAL SURETY(IES)

| | 1. JAMES COPPEDGE *(Seal)* | 2. *(Seal)* | |
|---|---|---|---|
| SIGNATURE(S) | | | |
| NAME(S) (Typed) | 1. JAMES COPPEDGE | 2. | |

### CORPORATE SURETY(IES)

| SURETY A | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT ($) | |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

- BENJAMIN T. GARRETT - WITNESS

# PERFORMANCE BOND
*(See instructions on reverse)*

| DATE BOND EXECUTED *(Must be same or later than date of contract)* | 07/12/2023 | OMB No.: 9000-0045 |
|---|---|---|

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405

**PRINCIPAL** *(Legal name and business address)*

JAMES COPPEDGE
52 BARKLEY COURT
DOVER, DE 19904

**TYPE OF ORGANIZATION** *("X" one)*

[X] INDIVIDUAL     [ ] PARTNERSHIP

[ ] JOINT VENTURE     [ ] CORPORATION

STATE OF INCORPORATION

NEW YORK   B/C # 154-44-328005

**SURETY(IES)** *(Name(s) and business address(es))*

JAMES COPPEDGE
DEPOSITORY TRUST COMPANY
55 WATER STREET   1st FL
NEW YORK, NY 10041

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| | | | |

| CONTRACT DATE | CONTRACT NO. |
|---|---|
| 07/12/2023 | CASE No.: 23-2580(BMS) |

## OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

## CONDITIONS:

The Principal has entered into the contract identified above.

## THEREFORE:

The above obligation is void if the Principal -

(a)(1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b) Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to the Miller Act, (40 U.S.C. 270a-270e), which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

## WITNESS:

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

### PRINCIPAL

| | 1. | 2. | 3. | |
|---|---|---|---|---|
| SIGNATURE(S) | *(signature)* (Seal) | (Seal) | (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. James Coppedge Auth. Repr. | 2. | 3. | |

### INDIVIDUAL SURETY(IES)

| | 1. | 2. | |
|---|---|---|---|
| SIGNATURE(S) | JAMES COPPEDGE *(signature)* (Seal) | 2. | (Seal) |
| NAME(S) *(Typed)* | 1. JAMES COPPEDGE | 2. | |

### CORPORATE SURETY(IES)

| SURETY A | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition not usable

-BENJAMIN T. GARRETT - WITNESS

STANDARD FORM 25 (REV. 5-96)
Prescribed by GSA-FAR (48 CFR) 53.228(b)
May, 2009

| **PAYMENT BOND**<br>*(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)*<br>July 12, 2023 | OMB No.:9000-0045 |
|---|---|---|

Public reporting burden for this collection of information is estimate to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVRI), Federal Acquisition Policy Division, GSA, Washington. DC 20405

| PRINCIPAL *(Legal name and business address)*<br>JAMES COPPEDGE<br>52 BARKLEY COURT<br>DOVER, DE 19904 | TYPE OF ORGANIZATION *("X" one)* |
|---|---|

TYPE OF ORGANIZATION *("X" one)*

| [X] INDIVIDUAL | [ ] PARTNERSHIP |
|---|---|
| [ ] JOINT VENTURE | [ ] CORPORATION |

STATE OF INCORPORATION

New York  B/C # 154-44-328005

SURETY(IES) *(Name(s) and business address(es)*

JAMES COPPEDGE
DEPOSITORY TRUST COMPANY
55 WATER ST, 1st FL
NEW YORK, NEW YORK  10041

PENAL SUM OF BOND

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| | | | |

| CONTRACT DATE | CONTRACT NO. |
|---|---|
| 07/12/2023 | CASE No.: 23-2580(BMS) |

### OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

### CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

### WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

| | PRINCIPAL | | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. *(Seal)* | 2. *(Seal)* | 3. *(Seal)* | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. James Coppedge<br>Auth. Repr. | 2. | 3. | |

| | INDIVIDUAL SURETY(IES) | | |
|---|---|---|---|
| SIGNATURE(S) | 1. JAMES COPPEDGE *(Seal)* | 2. | *(Seal)* |
| NAME(S) *(Typed)* | 1. JAMES COPPEDGE | 2. | |

| | CORPORATE SURETY(IES) | | | |
|---|---|---|---|---|
| SURETY A | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT<br>$ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | |

| AUTHORIZED FOR LOCAL REPRODUCTION<br>Previous edition is usable<br>Confidential | STANDARD FORM 25A (REV. 10-98)<br>Prescribed by GSA-FAR (48 CFR) 53.2228(c)<br>May, 2009 |
|---|---|

Page 5
-BENJAMIN T. GARRETT

AFFIDAVIT OF INDIVIDUAL SURETY

*(See instructions on reverse)*

OMB No.:   9000-0001

Public reporting burden for this collection of information is estimated to average 3 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Regulatory Secretariat (MVA). Office of Acquisition Policy, GSA, Washington, DC 20405.

| STATE OF | | |
|---|---|---|
| DELAWARE | SS. | |
| COUNTY OF | | |
| KENT | | |

I, the undersigned, being duly sworn, depose and say that I am:  (1) the surety to the attached bond(s); (2) a citizen of the United States; and of full age and legally competent.  I also depose and say that, concerning any stocks or bonds included in the assets listed below, that there are no restrictions on the resale of these securities pursuant to the registration provisions of Section 5 of the Securities Act of 1933.  I recognize that statements contained herein concern a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious or fraudulent statement may render the maker subject to prosecution under Title 18, United States Code Sections 1001 and 494.  This affidavit is made to induce the United States of America to accept me as surety on the attached bond.

| 1. NAME *(First, Middle, Last) (Type or Print)* | 2. HOME ADDRESS *(Number, Street, City, State, ZIP Code)* |
|---|---|
| JAMES COPPEDGE | 52 BARKLEY COURT, DOVER, DELAWARE 19904 |
| | B/C # 154-44-328005 |
| 3. TYPE AND DURATION OF OCCUPATION | 4. NAME AND ADDRESS OF EMPLOYER *(If Self-employed, so State)* |
| | U.S. DISTRICT COURT FOR THE |
| SURETY/LIFETIME | EASTERN DISTRICT OF PENNSYLVANIA |
| 5. NAME AND ADDRESS OF INDIVIDUAL SURETY BROKER USED *(If any) (Number, Street, City, State, ZIP Code)* | 6. TELEPHONE NUMBER |
| DEPOSITORY TRUST COMPANY | HOME - N/A |
| 55 WATER STREET, NEW YORK, NY 10041 | BUSINESS - N/A |

7. THE FOLLOWING IS A TRUE REPRESENTATION OF THE ASSETS I HAVE PLEDGED TO THE UNITED STATES IN SUPPORT OF THE ATTACHED BOND:

(a) Real estate *(include a legal description; street address and other identifying description; the market value; attach supporting certified documents including recorded lien; evidence of title and the current tax assessment of the property. For market value approach, also provide a current appraisal.)*

Real Estate Tax: Account # OPA No.: 131245800 Amount 17,000.00, Address: 3739 N. 18th St. Philadelphia, PA 19140. 2113 W. Erie Ave. OPA No.: 131066400, Amount: $1300.00, 3637 N. 21st: OPA No.: 131294700 Amt.: $13,000.00. 3742 N. 18th St. OPA No.: 131253200 Civil CAse No.: 220102380. Water/Sewer  Tax fines est total $100,000.00

CASE No.: 23-2580(BMS)                     BOND VALUE: $600,000.00

(b) Assets other than real estate *(describe the assets, the details of the escrow account, and attach certified evidence thereof)*
See  All liens are listed under Case No. 220102380 for CITY OF PHILADELPHIA.  Also any judgments. See 7 (a) 7 (b) above.  This is retender of payments under UCC 3-603, UCC 3-604, UCC 3-311, UCC 3-104, and UCC 3-308

8. IDENTIFY ALL MORTGAGES, LIENS, JUDGEMENTS, OR ANY OTHER ENCUMBRANCES INVOLVING SUBJECT ASSETS INCLUDING REAL ESTATE TAXES DUE AND PAYABLE.
See the following attachments:               STANDARD FORM 28, OPTIONAL FORM 91,
B/C # 154-44-328005                          STANDARD FORM 24
E81761746                                    STANDARD FORM 25
                                             STANDARD FORM 25A

9. IDENTIFY ALL BONDS, INCLUDING BID GUARANTEES, FOR WHICH THE SUBJECT ASSETS HAVE BEEN PLEDGED WITHIN 3 YEARS PRIOR TO THE DATE OF EXECUTION OF THIS AFFIDAVIT.
                                                          OPTIONAL FORM 91
Same as 8  above:  B/C # 154-44-328005       E81761746  STANDARD FORM 24
                                                          STANDARD FORM 25
                                                          STANDARD FORM 25A

DOCUMENTATION OF THE PLEDGED ASSET MUST BE ATTACHED.

| 10. SIGNATURE | 11. BOND AND CONTRACT TO WHICH THIS AFFIDAVIT RELATES *(Where appropriate)* OPT FORM 91  ST. FORM 24, ST. FORM 25 |
|---|---|
| *James Coppedge, auth. rep.* | ST. FORM 25A  E81761746 B/C# 154-44-328005 |

12. SUBSCRIBED AND SWORN TO BEFORE ME AS FOLLOWS:

| a. DATE OATH ADMINISTERED | b. CITY AND STATE *(Or other jurisdiction)* | |
|---|---|---|
| MONTH  DAY  YEAR | DOVER, DELAWARE | |
| 08   01   2023 | | |
| c. NAME AND TITLE OF OFFICIAL ADMINISTERING OATH *(Type or print)* | d. SIGNATURE | e. MY COMMISSION EXPIRES |
| BENJAMIN T. GARRETT · NOTARY PUBLIC | | 08-02-2023 |

AUTHORIZED FOR LOCAL REPRODUCTION
revious edition is not usable

Page 11

STANDARD FORM 28 (REV. 6/2003)
Prescribed by GSA-FAR (48 CFR) 53.228(e)
May, 2009

Confidential

# ATTACHMENT



## RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas _____JAMES COPPEDGE_____ of ___B/C #154-44-328005___ NY , by a bond
               (Name)                       (Place of Residence)
for the performance of U.S. Government Contract Number _____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_____ ,

became a surety for the complete and successful performance of said contract, and Whereas

said surety has placed certain personal property in escrow

    in Account Number _____CASE No.: 23-2585 (BMS)_____ on deposit

  at UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PA_____
                     (Name of Financial Institution)

located at _____601 MARKET STREET, PHILADELPHIA, PA 19106_____ , and
                   (Address of Financial Institution)

Whereas I, _____james coppedge family of coppedge_____ , being a duly authorized
representative of the United States government as a warranted contracting officer, have
determined that retention in escrow of the following property is no longer required to ensure
further performance of the said Government contract or satisfaction of claims arising
therefrom:

       see attached CIVIL CASE No.: 220102380 CITY OF PHILA V. J. COPP.
       see Standard Form 28   AFFIDAVIT OF INDIVIDUAL SURETY (attached)
       see Optional Form 91   RELEASE OF PERSONAL PROPERTY FROM ESCROW (attached)
       see Standard Form 24   BID BOND (attached)
       see Standard Form 25   PERFORMANCE BOND (attached)
and   see Standard Form 25A PAYMENT BOND (attached)

Whereas the surety remains liable to the United States Government for the continued
performance of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow
the property listed above, and directs the custodian of the aforementioned escrow account to
deliver the listed property to the surety. If the listed property comprises the whole of the
property placed in escrow in the aforementioned escrow account, the Government further
directs the custodian to close the account and to return all property therein to the surety, along
with any interest accruing which remains after the deduction of any fees lawfully owed to

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA
          (Name of Financial Institution)

[Date]
08-01-2023

08-02-2023

[Signature]

Seal

BID BOND

(See Instruction on reverse)

*Date (bond executed)*
July 12, 2023

OMB NO.: 9000-0045

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405.

| PRINCIPAL (Legal name and business address) | TYPE OF ORGANIZATION ("X" one) | |
|---|---|---|
| JAMES COPPEDGE<br>52 BARKLEY COURT<br>DOVER, DE 19904 | [X] INDIVIDUAL<br>[ ] JOINT VENTURE | [ ] PARTNERSHIP<br>[ ] CORPORATION |
| | STATE OF INCORPORATION | |
| | B/C# 154-44-328005 | |

SURETY(IES) (Name and business address)

JAMES COPPEDGE
DEPOSITORY TRUST COMPANY
55 WATER STREET, 1st FLOOR
NEW YORK, NY 10041

PENAL SUM OF BOND

| PERCENT OF BID PRICE | AMOUNT NOT TO EXCEED | | | | BID IDENTIFICATION |
|---|---|---|---|---|---|
| | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS | BID DATE 07/12/2023  INVITATION NO. |
| | | | | | CASE No.: 23-2580 (BMS) |
| | | | | | FOR (Construction Supplies or Services) |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has submitted the bid identified above.

THEREFORE:

The above obligation is void if the Principal - (a) upon acceptance by the Government of the bid identified above, within the period specified therein for acceptance (sixty (60) days if no period is specified), executes the further contractual documents and gives the bond(s) required by the terms of the bid as accepted within the time specified (ten (10) days if no period is specified) after receipt of the forms by the principal; or (b) in the event of failure to execute such further contractual documents and give such bonds, pays the Government for any cost of procuring the work which exceeds the amount of the bid.

Each Surety executing this instrument agrees that its obligation is not impaired by any extension(s) of the time for acceptance of the bid that the Principal may grant to the Government. Notice to the surety(ies) of extension(s) are waived. However, waiver of the notice applies only to extensions aggregating not more than sixty (60) calendar days in addition to the period originally allowed for acceptance of the bid.

WITNESS:

The Principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

| | | PRINCIPAL | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. *James Coppedge* (Seal) | 2. (Seal) | 3. (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | James Coppedge<br>Auth. Repr. | 2. | 3. | |

| | | INDIVIDUAL SURETY(IES) | |
|---|---|---|---|
| SIGNATURE(S) | 1. *JAMES COPPEDGE* | 2. (Seal) | (Seal) |
| NAME(S) (Typed) | JAMES COPPEDGE | | |

| | CORPORATE SURETY(IES) | | |
|---|---|---|---|
| NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT ($) | |
| SIGNATURE(S) | 1. | 2. | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

Page 1

STANDARD FORM 24 (REV. 10-98)
Prescribed by GSA - FAR (48 CFR) 53.228(c)

# PERFORMANCE BOND
*(See instructions on reverse)*

DATE BOND EXECUTED *(Must be same of later than date of contract)*
07/12/2023

OMB No.: 9000-0045

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405

**PRINCIPAL** *(Legal name and business address)*

JAMES COPPEDGE
52 BARKLEY COURT
DOVER, DE 19904

**TYPE OF ORGANIZATION ("X" one)**

[X] INDIVIDUAL  [ ] PARTNERSHIP

[ ] JOINT VENTURE  [ ] CORPORATION

STATE OF INCORPORATION

NEW YORK  B/C # 154-44-328005

**SURETY(IES)** *(Name(s) and business address(es))*

JAMES COPPEDGE
DEPOSITORY TRUST COMPANY
55 WATER STREET  1st FL
NEW YORK, NY 10041

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| | | | |

| CONTRACT DATE | CONTRACT NO. |
|---|---|
| 07/12/2023 | CASE No.: 23-2580(BMS) |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The Principal has entered into the contract identified above.

**THEREFORE:**

The above obligation is void if the Principal -

(a)(1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during the original term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) are waived.

(b)   Pays to the Government the full amount of the taxes imposed by the Government, if the said contract is subject to the Miller Act, (40 U.S.C. 270a-270e), which are collected, deducted, or withheld from wages paid by the Principal in carrying out the construction contract with respect to which this bond is furnished.

**WITNESS:**

The Principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

## PRINCIPAL

| | 1. | 2. | 3. | |
|---|---|---|---|---|
| SIGNATURE(S) | *(signature)* (Seal) | (Seal) | (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. James Coppedge Auth. Repr. | 2. | 3. | |

## INDIVIDUAL SURETY(IES)

| | 1. | 2. | |
|---|---|---|---|
| SIGNATURE(S) | *JAMES COPPEDGE* (Seal) | (Seal) | |
| NAME(S) *(Typed)* | 1. JAMES COPPEDGE | 2. | |

## CORPORATE SURETY(IES)

| NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT | |
|---|---|---|---|---|
| | | | $ | |
| SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition not usable

STANDARD FORM 25 (REV. 5-96)
Prescribed by GSA-FAR (48 CFR) 53.228(b)

May, 2009

| PAYMENT BOND<br>*(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)*<br>July 12, 2023 | OMB No.:9000-0045 |
|---|---|---|

Public reporting burden for this collection of information is estimate to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405

| PRINCIPAL *(Legal name and business address)*<br>JAMES COPPEDGE<br>52 BARKLEY COURT<br>DOVER, DE 19904 | TYPE OF ORGANIZATION *("X" one)* |
|---|---|

TYPE OF ORGANIZATION:
- [X] INDIVIDUAL
- [ ] PARTNERSHIP
- [ ] JOINT VENTURE
- [ ] CORPORATION

STATE OF INCORPORATION
New York  B/C # 154-44-328005

| SURETY(IES) *(Name(s) and business address(es))*<br>JAMES COPPEDGE<br>DEPOSITORY TRUST COMPANY<br>55 WATER ST, 1st FL<br>NEW YORK, NEW YORK  10041 | PENAL SUM OF BOND |
|---|---|

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| | | | |

| CONTRACT DATE<br>07/12/2023 | CONTRACT NO.<br>CASE No.: 23-2580(BMS) |
|---|---|

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

### PRINCIPAL

| | 1. | 2. | 3. | |
|---|---|---|---|---|
| SIGNATURE(S) | *James Coppedge* (Seal) | (Seal) | (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. James Coppedge Auth. Repr. | 2. | 3. | |

### INDIVIDUAL SURETY(IES)

| | 1. | 2. | |
|---|---|---|---|
| SIGNATURE(S) | *JAMES COPPEDGE* (Seal) | (Seal) | |
| NAME(S) *(Typed)* | 1. JAMES COPPEDGE | 2. | |

### CORPORATE SURETY(IES)

| | NAME & ADDRESS | STATE OF INC. | LIABILITY LIMIT $ | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. | | 2. | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. | | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

STANDARD FORM 25A (REV. 10-98)
Prescribed by GSA-FAR (48 CFR) 53.2228(c)
May, 2009

Confidential

# EXHIBITS

NOT FOR FILING

1

IRS DEBT PAYOFF
Registered Mail TRACKING No. RR 853 530 130 US

**To: IRS, Technical Support Division**
**c/o Treasury UCC Contract Trust**
**Internal Revenue Service**
**1500 Pennsylvania Avenue N.W.**
**Washington, D.C. 20220**                    **Date: 03/18/2022**

**From:**
**JAMES COPPEDGE**
**52 BARKLEY COURT**
**DOVER, DELAWARE 19904**

                                        **CASE ID#: 220102380**

**In Re:**
Payment and Setoff
UCC Contract Trust Account 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          WATER AND SEWER RENTS TAX
Private Offset Account 210342201

Attention Agent:

   Please find enclosed payment for settlement and discharge of CITY OF PHILADELPHIA held by CITY
OF PHILADELPHIA, DEPARTMENT OF REVENUE, REAL ESTATE TAX DIVISION, PHILADELPHIA COUNTY
for the STATE OF PENNSYLVANIA. Please send this payment to same said vendor at the following
business location:

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS-TRAIL DIVISION
OFFICE OF JUDICIAL RECORDS
284 CITY HALL
PHILADELPHIA, PA 19107

EIN# 210342201
Exemption: E81761746
UCC 1 # 2009 0491016

As owner of the property, the payment is for the following properties: Dated January 25, 2022
2113 W. ERIE AVENUE Acct# 057320002113001 BRT#131066400, Amount Total Due: $1,897.77
3739 N. 18TH St. Acct# 0578813003739001 BRT#13124800, Amount Total Due: $10.177.60
3742 N. 18th St. Acct# 0578813003742001 BRT# 131253200, Amount Total Due: $3.872.60
3637 N. 21st St. Acct# 0578819003637001 BRT# 131294700, Amount Total Due: $3,207.05
Amount Total Due: **$19,155.07** - the bills are Accepted for Value and Returned for Settlement (See
enclosed Money Order and IRS Form 1040V, 1099-A). I am the Creditor/Owner of the Treasury Offset
Account accessed by the IRS and FMS, Inc. I am requiring the IRS to pay this bill in full and with full
disclosure and that my contact information and the vendors account be forwarded, along with this
payment, for proper reconciliation. Total Amount Due: **$19,155.07**[ See Attachment "D"]

   Please have the DEPARTMENT OF THE TREASURY issue a check to "CITY OF PHILADELPHIA" in the
sum certain amount of **$19,155.07** as an estimate with the true bill amount to be determined by the
Internal Revenue Service and within a reasonable time frame and that the Internal Revenue Service
notice vendor, in writing, the account for which this payment is made. I expect a bill as a confirmation
that the payment has been facilitated.

IRS DEBT PAYOFF, pursuant to HJR-192 of June 05, 1933.
Registered Mail No. <u>RE 853 530 130 US</u>
**Certified Mail# 7021 0950 0000 0327 9494**
**To:**
DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE CENTER
FRESNO, CA   93888

Date: 06/16/2023

**From:**
**JAMES COPPEDGE**
**52 BARKLEY CT**
**DOVER, DE 19904**In Re:

**BILL: $99,999.00 Assessment**

Payment and Setoff
UCC Contract Trust Account 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
Private Offset Account 210342201

<u>NOTICE OF DOUBLE BOOK ENTRIES</u>

Attention Agent:

     Please find enclosed payment for settlement and closure of Court Account/Case No. 167 C.D. 2023 held by DAUPHIN COUNTY for the STATE OF PENNSYLVANIA.  Please send this payment to same said vendor at the following business location:

CASE No.: 167 C.D. 2023

COMMONWEALTH OF PENNSYLVANIA
dba COMMONWEALTH  COURT OF PENNSYLVANIA
601 COMMONWEALTH AVENUE
Suite 2100
PO BOX 69185
HARRISBURG, PA 17106-9185

EIN# 21-0342201

     COMMONWEALTH COURT OF PENNSYLVANIA's  bill is Accepted for Value and Returned for Settlement (See enclosed Money Order and IRS Form 1040V).  I am the Creditor/Owner of the Treasury Offset Account accessed by the IRS and FMS, Inc.  I am requiring the IRS to pay this bill in full and with full disclosure and that my contact information and the vendors account/case number be forwarded, along with this payment, for proper reconciliation.

     Please have the DEPARTMENT OF THE TREASURY issue a check to "COMMONWEALTH COURT OF PENNSYLVANIA" in the sum certain amount of $99,999.00 as an estimate with the true bill amount to be determined by the COMMONWEALTH COURT OF PENNSYLVANIA and within a reasonable time frame and that the Internal Revenue Service notice vendor, in writing, the account/case for which

*1*

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

CITY OF PHILADELPHIA  AND
THE SCHOOL DISTRICT OF
PHILADELPHIA
                PLAINTIFF

V.

James Coppedge, sui juris
Attorney-In-Fact on behalf of
JAMES COPPEDGE, DEBTOR ©Ens legis

        Defendant-In-Error

NO. 220102380/
Case ID: 2206T0110
Re: 3739 N. 18th St. 19140

Date: 07/11/2022

NOTICE OF UNLAWFUL DOUBLE BILLING

Dear S. Scauvzzo, Esq.:

Greetings!

In reference to the above Case Numbers, an Answer to each Complaint has been filed. You have billed JAMES COPPEDGE more than twice about these accounts.  I am only required to pay (discharge) only once.  The Double Billing is unlawful and from my point of view is a violation of 18 USC §241 and §242. [See Exhibit "A"]

In accordance with the STATE OF PENNSYLVANIA  UNIFORM COMMERCIAL CONSOLIDATED UCC STATUE 3-603 and 3-604, please comply with the law of Public Policy.

1.  Based on HJR-192,  and Public Law 73-10 (48) Stat 112-113 in consideration of the U.S. CONSTITUTION ARTICLE 1, § 10.(Suspended):  All Bills from the CITY OF PHILADELPHIA, DEPARTMENT OF REVENUE have been  "Accepted for Value and Returned for the Assessed Value for Closure and Settlement of the Accounting through the U.S. TREASURY:  Exempt from Levy and  Private." The Bills were Dated and Signed operating through the DEPARTMENT OF THE TREASURY.

2.  "Furthermore, **inasmuch as no lawful money of account exist in circulation, and pursuant to current Public Policy "HJR-192", the DEBTOR has no money-at-law with which to pay a debt-at-law, which is also an impossibility.  As a result of the fact that the** Accepted Agent **is**

1

authorized to tender the payment, pursuant to the above lawful Public Policy for UNITED

STATES CURENCY, the payment is tendered by a Negotiable Debt Instrument, pursuant to the

UNIFORM COMMERCIAL CODE in Article 3. Part 6, Section 3-603, and the Pennsylvania

Consolidated Status Title 13 UNIFORM COMMERCIAL CODE in § 3-603, and § 3-604. The tender

of payment and discharge is in order to be in compliance. " But alas, it is obvious that this

"Public Policy" has not been addressed or accepted in your briefs because they have

intentionally been ignored. As an attorney, you knew or should have known better.

3. Your recent filing has already been Answered.  Please review my Answer to the Complaint

   dated 03/22/22, Filing No.:22010238000008 for Proof of Claim.

4. I have refiled these BILLS for tender of payment with the DEPARTMENT OF THE TREASURY for

   Payment-In-Full. Certified Mailing No.: 7009 0080 0001 2743 1035 Dated 07/11/22.

WHEREFORE, please review the filing and respond accordingly.  The option is to be listed as a co-

conspirator, if double billing continues.

WITHOUT PREJUDICE,

By James Coppedge, sui juris
Authorized Representative &
Secured Party Creditor Beneficiary
   Without prejudice,
   UCC 1-207.4/1-308, 3-419, 1-103.6
Attorney-In-Fact
UCC 1-IFSN:  DOC#2931 On:0 2/12/09,
   2009 0491016, Dated 10/17/2018
   c/o 52 Barkley Court
   Dover, Delaware 19904

<u>IN THE COMMONWEALTH COURT OF PENNSYLVANIA</u>

CITY OF PHILADELPHIA AND         :
THE SCHOOL DISTRICT OF PHILADELPHIA
         RESPONDENT       :       No.: 167 C.D. 2023

V.

James Coppedge           :
        Appellant        :       Date: 03/30/2023

**PER CURIAM**

<u>NOTICE OF CITY DOUBLE BOOKING ENTRIES</u>

Please see attached Exhibits.

On occasions I have notified the CITY Attorney: Sam Scauvzzo, Esq. and Judge Daniel Anders, et al of the problem of double booking entries on Water Bill and Real Estate Tax Matters. I believe the debts have been paid and settled in full by the United States Treasury, my fiduciary which should have been satisfied in the past 45 days or longer but in any case no credit has been applied to my accounts.

1. Mr. Scauvzzo, Esq. a City Solicitor has not provided proof of claim that he or a third party assigned to collect the alleged debt has not been assigned to defraud me of my credit, after knowing that the alleged debt had been paid, disregarding the law, pursuant to Title 18, Part 1 chapter 42, Section 894, Chapter 44, Section 661: Theft of Credit and Extortion respectively. Also, must be considered is Title 26, Section 7214, Extortion, 18 USCA § 1962 (c ), Collection of an Unlawful Debt and Title 26, § 7214 Extortion, and the National Currency Act § 27, 28,53, Embezzlement Theft UCC 3-603.

2. Opposing Counsel Scauvzzo, et al, failed provide proof of claim that the reason you have transferred this account was not to block my credit in order to Double Book Entry the account by demanding a second or third payment without the U.S. Treasury's knowledge of the fraudulent action.

3. Opposing Counsel Scauvzzo, et al failed provide proof of claim that I am not the Surety for the Principal and the Authorized Representative of the Accounting. I am not the DEBTOR: JAMES COPPEDGE.

If Blocking my credit was an accident, Opposing Counsels had time and opportunity to correct the matter immediately but failed to do so. My account should have been in accordance with the FAIR DEBT COLLECTION ACT, 15 USC § 1692, Freedom of Information Act 5 USCA § 552, AND THEREFORE A CORRECTION of the Credit Report when recorded because privacy violations is a must. Title 18 USC § 1702, 1708, 1341, 2510,2511, 2517. Please Note: Postal violations and Mail Fraud: Title 18 & 39.

Finally, their failure to rebut this Affidavit of Truth within the time allowed failed and serves as their confession to the above crimes because of their failure to credit and closed the account in addition to any criminal penalties the Law may impose. There has been no response by Affidavit to dispute my claims. A response by Affidavit point for point only will be accepted. Hence, due to financial pain and suffering, distress and trespass, the Counterclaim of $500.000.00 stands as truth in commerce due to

1

violations of HJR-192 and P.L. 73-10 (48) Stat. 112-113 in consideration of Article 1, § 10 of the U.S. CONSTITUTION.

Without Prejudice,

All rights are explicitly reserved.

By: James Coppedge, sui juris
Secured Party Creditor
Authorized Representative, Attorney-In-Fact
in behalf of the DEBTOR:  JAMES COPPEDGE,©
, Ens legis, UCC 1-308, 1-103.6, 3-419
52 Barkley Ct
Dover, Delaware [19904]

2

VERIFICATION OF SERVICE

I, the undersigned, certify and affirm that the foregoing is true and correct to the best of my knowledge and belief under oath and upon my unlimited commercial liability.

CERTIFICATE OF SERVICE

I, the undersigned, certify that a copy of the foregoing Motion for Relief Rule 60b of all four (4) Water Debts and Real Estate Taxes and other taxes have been served for Discharged through Department of the Treasury on record and notice was served upon the following parties in the manner indicated below with active case number: 167 C.D. 2023

By: US PRIORITY MAIL:
IRS, TECHNICAL SUPPORT DIVISION
c/o TREASURY UCC CONTRACT TRUST DEPARTMENT OF THE IRS
DEPARTMENT OF THE TREASURY                    WATER BILLS / Originals
1500 PENNSYLVANIA AVENUE  N.W.               June 17, 2022/03/30/2023
WASHINGTON, D.C. 20220                        Money Order/1040-V, 1099-A

By: U.S. prepaid mail:
CITY OF PHILADELPHIA
SAM SCAVUZZO, ESQUIRE
DEPARTMENT OF REVENUE                          COPIES
1401 JFK BLVD, 5TH FL
PHILADELPHIA, PA 19102

COMMONWEALTH COURT OF PENNSYLVANIA
OFFICE OF THE CHIEF CLERK
601 COMMONWEALTH AVENUE
SUITE 2100                                      COPIES
PO BOX 69185
HARRISBURG, PA 17106-9185

Sincerely,

By:  James Coppedge,
Prosona Sui Juris Sponte,
Without prejudice,
UCC 1-207.4/ 1-308, 3-419
All Rights are Explicitly Reserved.
Non Pro Tunc
Authorized Representative
Surety and Trustee for the Principle
Attorney-In-Fact,
c/o 52 Barkley Court
Dover, Delaware, Republic 19904
near [19904

**Form 1040-V**

Department of the Treasury
Internal Revenue Service

## Payment Voucher

Do not staple or attach this voucher to your payment or return.
Go to *www.irs.gov/Payments* for payment options and information.

OMB No. 1545-0074

**2022**

| 1 Your social security number (SSN) If a joint return, SSN shown first on your return | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order. Make your check or money order payable to "United States Treasury" | $99,999.00 |
|---|---|---|---|
| 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 | | | |

| 4 Your first name and middle initial | | Last name | | | |
|---|---|---|---|---|---|
| JAMES | | COPPEDGE | | | |
| If a joint return, spouse's first name and middle initial | | Last name | | | |
| Home address (number and street) | Apt. no. | City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
| 52 BARKLEY COURT | | DOVER | DE | 19904 |
| Foreign country name | | Foreign province/state/county | | Foreign postal code |

For Paperwork Reduction Act Notice, see your tax return instructions.

Cat. No. 20975C

E81761746/210342201

167 C.D. 2023

JAMES (OH)

RETURN FOR SETTLEMENT & DISCHARGE

SET-OFF

Accepted Authorized Agent

Signature _____ Date:   06/16/2023

Without Recourse

CERTIFIED MAIL #7020 1810 0001 6894 5211

James Coppedge, sui juris, living man
Secured Party on behalf of
JAMES COPPEDGE, DEBTOR© Ens legis
Mailing Address: 52 Barkley Ct                    Date: 06/15/2023
Dover, Delaware  [ 19904]


V.


IN THE COMMONWEALTH OF PA
CITY OF PHILA/SCHOOL DISTRICT OF PHILA          CASE No.: 167C.D.2023
V.JAMES COPPEDGE
1601ELMERTON AVE
HARRISBURG PA 17110                             Paid-In-Full:
Private/Confidential/Exempt from Levy      AMOUNT: $99,999.00 assessment

STATE OF DELAWARE
                          SS:
COUNTY OF KENT

### AFFIDAVIT OF TRUTH

I, the undersigned, do affirm that I am over the age of 21, and of sound mind and body to the
best of my knowledge and understanding the following is true and correct and not misleading
under penalty of perjury.

### NOTICE OF DEFAULT AND DISHONOR
SUBJECT: **BILL PAYMENT LETTER**
Private and Non-Negotiable between Parties


TO WHOM IT MAY CONCERN & CFO:


I am in receipt of the Court's Notice about a week ago. I lost it. Please send another. [Enclosed
is an Attachment with MONEY ORDER and 1040-VPresentment.  The Amount is allegedly **for
$99,999.00 USD, I BELIEVE** has been  "PAID-IN-FULL" BUT if there be any unknown
liens/judgments, therefrom they are to be discharged to my exemption. Please accept the
tender of payment for value and credit the account which is required by law. [See attached
MEMORANDUM OF LAW].  Your records are NOT actuate.  I have written to the COURT and
discharged the debt through the DEPARTMENT OF THE TREASURY. I SHALL RETENDER THE
ALLEGED DEBT WITHOUT CONTROVERSEY.


Moreover your demand notice for a payment is conditionally accepted for value and returned
for value upon Proof of Claim under OATH  that this account has not been previously settled by

private negotiable instruments, pursuant to HJR-192 of June 05, 1933 in support of P.L. 73-10 (48) Stat. 112-113 in consideration of Article 1 Section 10 of the U.S. Constitution. Please respond to me in three (3) days, excluding the day of receipt and notify the Notary Witness named below. I don't owe the amount listed above. Failure to respond as stipulate shall indicate confession of error and that the account will be credited due to PAID-IN-FULL. Cancel BILL and issue a STATEMENT paid-in-full, pursuant to HJR-192. The Counterclaim is about $5 Million USD or as the Court deems appropriate for Double Book Entries.

Meanwhile, I am enclosing the Affidavit of Truth Presentment to process any future bills. Refusal to accept this payment on behalf of JAMES COPPEDGE will result in a violation of several different Laws listed in the rest of the letter and will be reportable to the IRS (using Form 3949A) and to the US Treasury. If your dispute this Affidavit of Truth, you must I demand that you rebut it by Affidavit within three (3) days, excluding the day of receipt. If you dispute this claim in part or in whole, failure to response as stipulated is your confession by silence that this debt and any future debt is accepted for value and discharged accordingly.

The following instructions in this letter will insure the proper discharge (payment) against the United States Treasury Trust Account # E81761746/210342201 for same said account number to obtain the full payment of this bill which has been authorized by me as the Agent and Representative of the above listed United States Treasury Trust Account.

NOTE:  This Letter and the Original Money Order are to be presented together to the Bank for their proper understanding of their requirement

This payment is to be accepted at banking institutions under the policy of the Federal Reserve and constitutes lawful tender. This payment, via the Presentment and Money Order, as a true and recognized Bill of Exchange to release the proceeds amounts, fixtures and body according the Uniform Commercial Code 7-104 (b) and UCC 1-104, as they have been adopted in the States, and is in accordance with House Joint Resolution (HJR) 192 OF June 5th 1933 with these rights confirmed, without abrogation, by congressional act.

Be advised that I have processed my documentation to establish my account with the United States Treasury Department, which account is referenced by the US Treasury Trust Account  Initial Financing Statement # 2009 0491016/E81761746/210342201.  This Presentment and Money Order is to be engaged through your Banks's Treasury Tax and Loan (TT&I) account which is exclusively administered and controlled by the Technical Support Division of the IRS. [This instrument is NOT a Treasury Security to be sent to the Bureau of Public Debt].  Or these instruments are to be sent to / received by: If mailed allow 45 days to be credited to the account:

IRS Technical Support Division
c/o The Treasury UCC Contract Trust Department of the IRS
Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220
Private and Non-Negotiable between Parties

WHEREFORE, please consider the above and act accordingly.

Furthermore, I am the Surety for the Principal and the Authorized Representative of my Account with the DEPARTMENT OF THE TREASURY, my STRAWMAN'S NAME: JAMES COPPEDGE That I am not the ENTITY, DEBTOR: JAMES COPPEDGE.  I am James Coppedge, the living man, and Secured Party Creditor.

Provide Proof of Claim that due to U.S. BANKRUPTCY of 1933, that this account is not a pre-paid account, pursuant to UCC 3-419 for the People. [See Attached Memorandum of Law]

Since there is no signature to validate the account by affidavit which account should be credited in accordance with the FAIR DEBT COLLECTION ACT, 15 USC  § 1692, Freedom of Information Act 5 USCA § 552,  Title 18 USC § 1702, 1708, 1341, 2510,2511, 2517, and UCC 3-603 and 3-604.  That  in other words, "if payment  is unlawfully rejected in part or in whole, the BILL is discharged in full in consideration of the UNITED STATES CONSTITUTION ARTICLE 1, § 10."  Finally, the Agent's failure to rebut this Affidavit of Truth within the time allowed, 3 days, excluding the day of receipt, its failure will serve as the Agent's confession to the above and below crimes because of Agent's failure to credit, due to the lack of Affidavit of Response, the account in addition to any criminal penalties the Law may impose.  There must be a response by Affidavit to dispute this claim. A response by Affidavit point for point only will be accepted. Hence, if the rejection of the tender of  payment according to Public Policy causing financial pain and suffering, distress and trespass, the Counterclaim shall be $5 Million USD and stands as truth in commerce due to the Agent's  violations of HJR-192 and P.L. 73-10 (48) Stat. 112-113, in consideration of Article 1, § 10 of the U.S. CONSTITUTION.  To this the Agent will have agreed by silence if not rebutted as stipulated **or unless the payment (discharge) is credited to the account in full which eliminates a potential complaint. If the account is credited, there will be no need to respond to the Notary Witness below.  Otherwise, you must respond to the Notary Witness.**

Without Prejudice,

All rights are explicitly reserved.

By:  James Coppedge, (J.D.) sui juris

Without prejudice or recourse. 5946
Secured Party Creditor

cc:  Joseph Golden, Jr. VP & CFO

this payment is made.  I expect a bill as a confirmation that the payment has been facilitated.

Thank you in advance for your assistance in this matter.

Under Reservation, Without prejudice
JAMES COPPEDGE, 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

By: _____

Authorized Agent

**Attachments:**   Bill Accepted for Value (**Original**)
Private Money Order (**Original**)
IRS Form 1040V (**Original**)
IRS Form 1099A (**Copy of Copy "C"**)
IRS Form 1099C (Copy of Copy "C")
IRS Form 56 (**Copy of 56 to IRS Comm.**)


**cc:**  COMMONWEALTH OF PENNSYLVANIA
JAMES COPPEDGE

Form No. IRS-SETOFF-06CR22011623-JC

---

**8080**    ☐ VOID    ☐ CORRECTED

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0877 | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| JAMES COPPEDGE<br>52 BARKLEY CT    (3637 N. 21 ST<br>DOVER, DE 19904    PHILA., PA<br>(302) 674-2535      19140) | | **2021**<br>Form **1099-A** | |

| LENDER'S TIN ~~2201~~ | BORROWER'S TIN | 1 Date of lender's acquisition or knowledge of abandonment<br>02/24/2023 | 2 Balance of principal outstanding<br>$ 6,738.54 | **Copy A**<br>For<br>**Internal Revenue Service Center** |
|---|---|---|---|---|
| BORROWER'S name<br>DEPARTMENT OF THE TREASURY<br>FEDERAL RESERVE BANKING SYSTEM | | 3 | 4 Fair market value of property<br>$ | File with Form 1096. |
| Street address (including apt. no.)<br>1500 PENNSYLVANIA AVE   NW | | 5 Check if the borrower was personally liable for repayment of the debt . . . . . . . . . . . . ▶ ☒ | | For Privacy Act and Paperwork Reduction Act Notice, see the 2021 General Instructions for Certain Information Returns. |
| City or town, state or province, country, and ZIP or foreign postal code<br>WASHINGTON, D.C. 20220 | | 6 Description of property<br>WATER BILL: JAMES COPPEDGE<br>PAY TO THE U.S. TREASURY-1040-V<br>AND CHARGE THE SAME TO ACCT# | | |
| Account number (see instructions)   057-88190-03637-001<br>E81761746 [~~ ~~2201] | | 057-88190-03637-001 | | |

Form **1099-A**    Cat. No. 14412G     www.irs.gov/Form1099A    Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

---

**8080**    ☐ VOID    ☐ CORRECTED    *COPY*

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0877 | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| JAMES COPPEDGE<br>52 BARKLEY CT    (3739 N. 18th ST<br>DOVER, DE 19904    PHILA., PA<br>(302) 674-2535      19140) | | **2021**<br>Form **1099-A** | |

| LENDER'S TIN ~~2201~~ | BORROWER'S TIN | 1 Date of lender's acquisition or knowledge of abandonment<br>02/24/2023 | 2 Balance of principal outstanding<br>$ 14,983.27 | **Copy A**<br>For<br>**Internal Revenue Service Center** |
|---|---|---|---|---|
| BORROWER'S name<br>DEPARTMENT OF THE TREASURY<br>FEDERAL RESERVE BANKING SYSTEM | | 3 | 4 Fair market value of property<br>$ | File with Form 1096. |
| Street address (including apt. no.)<br>1500 PENNSYLVANIA AVE   NW | | 5 Check if the borrower was personally liable for repayment of the debt . . . . . . . . . . . . ▶ ☒ | | For Privacy Act and Paperwork Reduction Act Notice, see the 2021 General Instructions for Certain Information Returns. |
| City or town, state or province, country, and ZIP or foreign postal code<br>WASHINGTON, D.C. 20220 | | 6 Description of property   WATER BILL:<br>JAMES COPPEDGE   1040-V attached<br>PAY TO THE U.S. TREASURY AND<br>CHARGE SAME TO: ACCT#057-88130-039-001 | | |
| Account number (see instructions)   057-88130-03739-001<br>E81761746 [~~ ~~2201] | | | | |

Form **1099-A**    Cat. No. 14412G     www.irs.gov/Form1099A    Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

---

**8080**    ☐ VOID    ☐ CORRECTED

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | OMB No. 1545-0877 | **Acquisition or Abandonment of Secured Property** |
|---|---|---|---|
| | | **2021**<br>Form **1099-A** | |

| LENDER'S TIN | BORROWER'S TIN | 1 Date of lender's acquisition or knowledge of abandonment | 2 Balance of principal outstanding | **Copy A**<br>For<br>**Internal Revenue Service Center** |
|---|---|---|---|---|
| BORROWER'S name | | 3 | 4 Fair market value of property<br>$ | File with Form 1096. |
| Street address (including apt. no.) | | 5 Check if the borrower was personally liable for repayment of the debt . . . . . . . . . . . . ▶ ☐ | | For Privacy Act and Paperwork Reduction Act Notice, see the 2021 General Instructions for Certain Information Returns. |
| City or town, state or province, country, and ZIP or foreign postal code | | 6 Description of property | | |
| Account number (see instructions) | | | | |

VERIFICATION

I, the undersigned, certify and affirm that the foregoing is true and correct to the best of my knowledge and belief under oath and upon my unlimited commercial liability.

CERTIFICATE OF SERVICE

I, the undersigned, certify that a copy of the foregoing Notice of PAYMENT $11,806.51 FOR ACCT# 09902-84029 THROUGH IRS.  PAID-IN-FULL on this  31 day of  MARCH 2023 FOR CREDIT TO THE ACCOUNT , and served upon the following parties in the manner indicated below:

By Prepaid Mail:

IRS, Technical Support Division
c/o Treasury UCC Contract Trust
Department of the IRS
1500 Pennsylvania Avenue   N. W.
Washington, D.C. 20220                            originals


By: Prepaid regular US MAIL:
PECO
ATTN: LYNN R. ZACK, ESQ, ET AL              COPIES.
2301 MARKET STREET
PHILADELPHIA, PA 19101-3778

UNITED STATES SUPERIOR COURT
FOR THE DISTRICT OF PENNSYLVANIA
530 WALNUT STREET # 315                      COPIES
PHILADELPHIA, PA 19106


Sincerely,                            03/31/2023

**By:  James Coppedge,**
Prosona Sui Juris Sponte,
**Without prejudice,/OR**
**RECOURSE**
**UCC 1-207.4/ 1-308, 3-419**
**All Rights are Explicitly Reserved.**
**Non Pro Tunc**
**Authorized Representative**
**Surety and Trustee for the Principle**
**Attorney-In-Fact,**
**c/o 52 Barkley Court**
**Dover, Delaware, Republic**
**near [19904]**

VERIFICATION OF SERVICE

I, the undersigned, certify and affirm that the foregoing is true and correct to the best of my knowledge and belief under oath and upon my unlimited commercial liability.

CERTIFICATE OF SERVICE

I, the undersigned, certify that a copy of the foregoing Motion for Relief Rule 60b of all four (4) Water Debts and Real Estate Taxes and other taxes have been served for Discharged through Department of the Treasury on record and notice was served upon the following parties in the manner indicated below with active case number: 167 C.D. 2023

By: US PRIORITY MAIL:
IRS, TECHNICAL SUPPORT DIVISION
c/o TREASURY UCC CONTRACT TRUST DEPARTMENT OF THE IRS
DEPARTMENT OF THE TREASURY          WATER BILLS / Originals
1500 PENNSYLVANIA AVENUE N.W.       June 17, 2022/03/30/2023
WASHINGTON, D.C. 20220              Money Order/1040-V, 1099-A

By: U.S. prepaid mail:
CITY OF PHILADELPHIA
SAM SCAVUZZO, ESQUIRE                COPIES
DEPARTMENT OF REVENUE
1401 JFK BLVD, 5TH FL
PHILADELPHIA, PA 19102

COMMONWEALTH COURT OF PENNSYLVANIA
        OFFICE OF THE CHIEF CLERK
601 COMMONWEALTH AVENUE
SUITE 2100                          COPIES
PO BOX 69185
HARRISBURG, PA 17106-9185

Sincerely,                          03/30/2023

By: James Coppedge,
Prosona Sui Juris Sponte,
Without prejudice,
UCC 1-207.4/ 1-308, 3-419
All Rights are Explicitly Reserved.
Non Pro Tunc
Authorized Representative
Surety and Trustee for the Principle
Attorney-In-Fact,
    c/o 52 Barkley Court
Dover, Delaware, Republic 19904
near [19904

REAL ESTATE TAXES
2023 BILL

**P** CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE

| | |
|---|---|
| Letter ID: | L0000354135 |
| Property Billed: | 3739 N 18TH ST |
| Property Owner: | COPPEDGE JAMES |

COPPEDGE JAMES
PO BOX 4482
PHILADELPHIA PA  19140-0482

| | |
|---|---|
| OPA Number: | 131245800 |
| Market Value: | $115,800.00 |
| Taxable: | $115,800.00 |
| Net Taxable: | $115,800.00 |

Questions? Preguntas?
Call (215) 686-6442 or email us at revenue@phila.gov
Monday - Friday, 8:30am - 5:00pm

This bill represents your current tax liability only. Additional amounts will accrue if payment is received after FRIDAY, MARCH 31, 2023. Only payment in full or a payment agreement will prevent enforcement action.

| | | |
|---|---|---|
| Tax due before reductions: | | $1,620.97 |
| REDUCTIONS: (See Note Below**) | | |
| Total Reductions: | | $0.00 |
| Overpayment from 2022 and/or prior years: | | $0.00 |
| Pre Payment / Credits to the 2023 Tax: | | $0.00 |
| **TAX DUE ON OR BEFORE FRIDAY, MARCH 31, 2023** | | $1,620.97 |

| TAX RATE: | |
|---|---|
| City | 6.317 |
| School | 7.681 |
| Total | 13.998 |
| (Per $1000.00 of Taxable Assessed Value) | |

IMPORTANT: Additions imposed by law will accrue on the unpaid 2023 tax at the rate of 1.5% per month from April 1, 2023 through December 31, 2023. As of January 1, 2024, these additions will be added to the principal. After January 1, 2024 a lien fee, additional interest, penalties, and other charges will begin to accrue.

**\*\* NOTE: Accounts receiving discounts may be audited. If you are receiving discounts for which you are not entitled, you must call (215) 686-6442 to avoid fines and penalties.**

Please cut along the line and return the bottom portion with your payment.

| | |
|---|---|
| Amount to Pay: | $1,620.97 |
| Amount Enclosed: | |

**To pay online with eCheck (FREE) or credit card, visit tax-services.phila.gov.**

Letter ID: L0000354135
Taxpayer: COPPEDGE JAMES
OPA Number: 131245800
Account: Real Estate Tax 01-000116615
Bill Item 001

MAKE CHECKS PAYABLE TO: **CITY OF PHILADELPHIA**
Philadelphia Dept. of Revenue
P.O. Box 8409
Philadelphia, PA 19105

33399000000020000000000000010092886000016209700000000000000000000000003

**P** CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE

# REAL ESTATE TAXES
## 2023 BILL

| | |
|---|---|
| Letter ID: | L0000337658 |
| Property Billed: | 2113 W ERIE AVE |
| Property Owner: | COPPEDGE JAMES |

COPPEDGE JAMES
PO BOX 4482
PHILADELPHIA PA 19140-0482

| | |
|---|---|
| OPA Number: | 131066400 |
| Market Value: | $90,000.00 |
| Taxable: | $90,000.00 |
| Net Taxable: | $90,000.00 |

Questions? Preguntas?
Call (215) 686-6442 or email us at revenue@phila.gov
Monday - Friday, 8:30am - 5:00pm

This bill represents your current tax liability only. Additional amounts will accrue if payment is received after FRIDAY, MARCH 31, 2023. Only payment in full or a payment agreement will prevent enforcement action.

| | | |
|---|---|---|
| Tax due before reductions: | | $1,259.82 |
| **REDUCTIONS: (See Note Below**)** | | |
| Total Reductions: | | $0.00 |
| Overpayment from 2022 and/or prior years: | | $0.00 |
| Pre Payment / Credits to the 2023 Tax: | | $0.00 |
| **TAX DUE ON OR BEFORE FRIDAY, MARCH 31, 2023** | | $1,259.82 |

**TAX RATE:**
City      6.317
School   7.681
Total    13.998
(Per $1000.00 of Taxable Assessed Value)

IMPORTANT: Additions imposed by law will accrue on the unpaid 2023 tax at the rate of 1.5% per month from April 1, 2023 through December 31, 2023. As of January 1, 2024, these additions will be added to the principal. After January 1, 2024 a lien fee, additional interest, penalties, and other charges will begin to accrue.

** NOTE: Accounts receiving discounts may be audited. If you are receiving discounts for which you are not entitled, you must call (215) 686-6442 to avoid fines and penalties.

✂ Please cut along the line and return the bottom portion with your payment.

| | |
|---|---|
| Amount to Pay: | $1,259.82 |
| Amount Enclosed: | |

To pay online with eCheck (FREE) or
credit card, visit tax-services.phila.gov.

Letter ID: L0000337658
Taxpayer: COPPEDGE JAMES
OPA Number: 131066400
Account: Real Estate Tax 01-000115238
Bill Item 001

**MAKE CHECKS PAYABLE TO: CITY OF PHILADELPHIA**
Philadelphia Dept. of Revenue
P.O. Box 8409
Philadelphia, PA 19105

3339900000002000000000000152899880000125982000000000000000000000000008

# UCC FINANCING STATEMENT AMENDMENT
**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

A. NAME & PHONE OF CONTACT AT FILER (optional)
James Coppedge & (215) 913-1485

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

    CITY OF PHILADELPHIA/DEPT OF REVENUE
    ATTN: JAMES J. ZWOLAK, DIVISIONAL DEPUTY
    CITY SOLICITOR, For the City of Philadelphia
    1401 JFK BLVD, 5th FL  TAX UNIT
    PHILADELPHIA, PA 19102

Delaware Department of State
U.C.C. Filing Section
Filed: 01:51 PM 06/09/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 4484615
Service Request No:  20212398665

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1a. INITIAL FINANCING STATEMENT FILE #
**2009 0491016**

1b. THIS FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. ☑

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☑ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.

☐ DELETE name: Give record name to be deleted in item 6a or 6b.

☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. **CURRENT RECORD INFORMATION:**

6a. ORGANIZATION'S NAME

| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|----|---------------------------|------------|-------------|--------|
|    |                           |            |             |        |

7. **CHANGED (NEW) OR ADDED INFORMATION:**

7a. ORGANIZATION'S NAME
**DEPARTMENT OF THE TREASURY FINANCIAL MANAGEMENT SERVICES**

| OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|----|---------------------------|------------|-------------|--------|
|    |                           |            |             |        |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---------------------|------|-------|-------------|---------|
| P.O. BOX 1686 | BIRMINGHAM | AL | 35201-1686 | USA |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE: ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|----------------------|-----|-----|-----|-----|
| Not Applicable |  |  |  | ☐ NONE |

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

This is an actual constructive public notice of a partial release assignment of Financing Statement # 2009 0491016 on behalf of JAMES COPPEDGE, Address: 2113 W. ERIE AVENUE, PHILADELPHIA, PA 19140, to pay the sum certain for (1) MUNCIPAL TAX LIENS in the Amount of $59,600.00 (Fifty-Nine Thousand, Six Hundred Dollars and Zero Cents), Deposit to the UNITED STATES TREASURY as an asset. (2) Delinquent Real Estate Tax Liability: ENTITY; BRT / 131066400, ACCOUNT ID: 1000115238: REAL ESTATE TAX:  $11,515.55 (Eleven Thousand, Five Hundred Fifty Dollars and Fifty-Five Cents And Charge the Same to the CITY OF PHILADELPHIA, DEPARTMENT OF REVENUE for Order Number: LTS3946878, Client Number : 138150, CASE ID: 2003T0020
The Sum Total Certain = $71,115.55 (Seventy-One Thousand, One Hundred Fifteen Dollars and Fifty-Five Cents). The DEBT is Accepted for Value and Returned for Value, pursuant to HJR-192 in consideration of US CONST. ART. 1 SEC 10.

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME

| OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|----|---------------------------|------------|-------------|--------|
|    | Coppedge | James | (NMI) | |

10. OPTIONAL FILER REFERENCE DATA

**FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)**

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
James Coppedge & (215) 913-1485

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

```
CITY OF PHILADELPHIA/DEPT OF REVENUE
ATTN: JAMES J. ZWOLAK, DIVISIONAL DEPUTY
CITY SOLICITOR, For the City of Philadelphia
1401 JFK BLVD, 5th FL  TAX UNIT
PHILADELPHIA, PA 19102
```

Delaware Department of State
U.C.C. Filing Section
Filed: 01:51 PM 06/09/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 4484615
Service Request No:   20212398665

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
2009 0491016

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the ☑ REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| | | | |
|---|---|---|---|
| 6a. ORGANIZATION'S NAME | | | |
| OR  6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| | | | |
|---|---|---|---|
| 7a. ORGANIZATION'S NAME  DEPARTMENT OF THE TREASURY FINANCIAL MANAGEMENT SERVICES | | | |
| OR  7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS  P.O. BOX 1686 | CITY  BIRMINGHAM | STATE  AL | POSTAL CODE  35201-1686 | COUNTRY  USA |
|---|---|---|---|---|

| 7d. SEE INSTRUCTIONS  Not Applicable | ADD'L INFO RE: ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any       ☐ NONE |
|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

This is an actual constructive public notice of a partial release assignment of Financing Statement # 2009 0491016 on behalf of JAMES COPPEDGE, Address: 2113 W. ERIE AVENUE, PHILADELPHIA, PA 19140, to pay the sum certain for (1) MUNCIPAL TAX LIENS in the Amount of $59,600.00 (Fifty-Nine Thousand, Six Hundred Dollars and Zero Cents), Deposit to the UNITED STATES TREASURY as an asset. (2) Delinquent Real Estate Tax Liability: ENTITY: BRT / 131066400, ACCOUNT ID: 1000115238: REAL ESTATE TAX:  $11,515.55 (Eleven Thousand, Five Hundred Fifty Dollars and Fifty-Five Cents And Charge the Same to the CITY OF PHILADELPHIA,  DEPARTMENT OF REVENUE for Order Number: LTS3946878, Client Number : 138150, CASE ID: 2003T0020)
The Sum Total Certain = $71,115.55 (Seventy-One Thousand, One Hundred Fifteen Dollars and Fifty-Five Cents). The DEBT is Accepted for Value and Returned for Value, pursuant to HJR-192 in consideration of US CONST. ART. 1 SEC 10.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment).  If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| | | | |
|---|---|---|---|
| 9a. ORGANIZATION'S NAME | | | |
| OR  9b. INDIVIDUAL'S LAST NAME  Coppedge | FIRST NAME  James | MIDDLE NAME  (NMI) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

Thank you in advance for your assistance in this matter.

Under Reservation,
JAMES COPPEDGE  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

By: _____,
Authorized Agent
Without prejudice, or Recourse
UCC 1-207.4/1-308, 3-419

**Attachments:**   Bill Accepted for Value (**Original**)
Private Money Order (**Original**)
IRS Form 1040V (**Original**)
IRS Form 1099A (**Copy of Copy "C"**)
IRS Form 56 (**Copy of 56 to IRS Comm.**)

**cc:**
   CITY OF PHILADELPHIA             **COPIES**
DEPARTMENT OF REVENUE
REAL ESTATE TAX DIVISION                  CASE ID: 220102380
ATTN: SAM SCAVUZZO, ESQ., et al
ASSISTANT CITY SOLICITOR                  Water and Sewer Rents Tax
MUNICIPAL SERVICES BUILDING
1401 JFK BLVD, 5TH FLOOR
PHILADELPHIA, PA 19102

**U.S. DISTRICT COURT,**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**  **COPIES**      **Appeal: CA No.: 22-cv-679(JMY)**
**ATTN: CLERK OF COURT**                            **Date: 02/28/2022**
**601 MARKET ST, FIRST FLOOR**
**PHILADELPHIA, PA 19106**

 FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS-TRAIL DIVISION   **COPIES**
OFFICE OF JUDICIAL RECORDS
284 CITY HALL
PHILADELPHIA, PA 19107
FOR :
**CITY OF PHILADELPHIA**
**AND THE SCHOOL DISTRICT OF PHILADELPHIA**

Form No. IRS-SETOFF-03-18-22 CR 2201-JC

Registered Mail No. RR 853 530 130 US

**To:**
IRS, Technical Support Division
c/o The Treasury UCC Contract Trust Department of the IRS
Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

**From:**                                                                  Date: 02/28/2022
**JAMES COPPEDGE**
**52 BARKLEY CT**
**DOVER, DELAWARE 19904 In Re:**
Payment and Setoff
UCC Contract Trust Account 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
Private Offset Account 210342201
EIN: 210342201

REAL ESTATE TAX SET-OFF(PAID-IN-FULL)

Attention Agent:

   Please find enclosed payment for settlement and closure of Account **ID#: 131294700**; Address:
**3637 N. 21ST** Philadelphia, Pennsylvania 19140 held by CITY OF PHILADELPHIA Please send this
payment to same said vendor at the following business location:

CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE
P.O. BOX 148
PHILA. PA 19105-0148

   CITY OF PHILADELPHIA'S bill is Accepted for Value and Returned for Settlement (See enclosed
Money Order and IRS Form 1040V). I am the Creditor/Owner of the Treasury Offset Account accessed
by the IRS and FMS, Inc. I am requiring the IRS to pay this bill in full and with full disclosure and that
my contact information and the vendors account be forwarded, along with this payment, for proper
reconciliation.

   Please have the DEPARTMENT OF THE TREASURY issue a check to "CITY OF PHILADELPHIA" in the
sum certain amount of **$18,600.49** (Eighteen Thousand, Six Hundred Dollars and Forty-Nine Cents)
Address: **3637 N. 21st Street,** Philadelphia, Pennsylvania 19140 as an estimate with the true bill
amount to be determined by the Internal Revenue Service and within a reasonable time frame and that
the Internal Revenue Service notice vendor, in writing, the account for which this payment is made. I
expect a bill as a confirmation that the payment has been facilitated.

Thank you in advance for your assistance in this matter.

Under Reservation,
JAMES COPPEDGE, SSN: 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

By:
   Authorized Agent/WO/P. UCC U-308,ARR

**Attachments:**      Bill Accepted for Value (**Original**)
                 Private Money Order (**Original**)
                 IRS Form 1040V (**Original**)
                 IRS Form 1099A (**Copy of Copy "C"**)
                 IRS Form 56 (**Copy of 56 to IRS Comm.**)
**cc:** CITY OF PHILADELPHIA: JAMES COPPEDGE- Form No.: IRS SETOFF-022822CR0023 JC

IRS DEBT PAYOFF
By: Priority US PREPAID Mail
UCC 1 # 2009 0491016, (2018) Delaware

**To:**
IRS, Technical Support Division
c/o Treasury UCC Contract Trust
Department of the I.R.S.
1500 Pennsylvania Avenue N.W.
Washington, D.C. 20220                                    DATE: 02/23/2022
**From:**
**JAMES COPPEDGE**
**3739 N. 18TH STREET**
**PHILADELPHIA, PA 19140:**
Payment and Setoff
UCC Contract Trust Account 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
Private Offset Account 210342201

Attention:  JUDGE COYLE:

Please find enclosed payment for settlement and closure of Account: 13124800/Dated 01/26/2022 held by CITY OF PHILADELPHIA , DEPARTMENT OF REVENUE,REAL ESTATE TAX UNIT for the STATE OF PENNSYLVANIA.  Please send this payment to same said vendor at the following business location:

CITY OF PHILADELPHIA
ATTN: HONORABLE  JUDGE ANNE MARIE COYLE
STEVEN A. WAKEFIELD, ESQ. Attorney for the CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE
WATER REVENUE BUREAU
MUNICIPAL SERVICES BLVD                              TAX
1401 J.F.K. BLVD
PHILADELPHIA, PA 19102
EIN# 21-0342201

CITY OF PHILADELPHIA, DEPARTMENT OF REVENUE: REAL ESTATE TAX BALANCE-PAID-IN-FULL for the STATE OF PENNSYLVANIA. Bill for the property location: **3739 N. 18th STREET**, PHILADELPHIA, PA  19140, Account **# 131245800**,  is Accepted for Value and Returned for Settlement (See enclosed Money Order and IRS Form 1040V). I am the Creditor/Owner of the Treasury Offset Account accessed by the IRS.  I am requiring the IRS to pay this bill in full and with full disclosure and that my contact information and the vendors account be forwarded, along with this payment, for proper reconciliation.

Please have the DEPARTMENT OF THE TREASURY issue a check to "CITY OF PHILADELPHIA, DEPARTMENT OF REVENUE, REAL ESTATE TAX BALANCE-PAID-IN-FULL for the STATE OF PENNSYLVANIA. " in the sum certain amount **of $20,731.66** as an estimate with the true bill amount to be determined by the Internal Revenue Service and within a reasonable time frame and that the Internal Revenue Service notice vendor, in writing, the account for which this payment is made.  I expect a bill as a confirmation that the payment has been facilitated.

Thank you in advance for your assistance in this matter.

Under Reservation, Without Prejudice
JAMES COPPEDGE, 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

By:
  Authorized Agent

**Attachments:**     Bill Accepted for Value (**Original**), Private Money Order (**Original**), IRS Form 1040V (**Original**)
                    IRS Form 1099A (**Copy of Copy "C"**)
                    IRS Form 56 (**Copy of 56 to IRS Comm.**)
**cc:**  by CITY OF PHILADELPHIA , DEPARTMENT OF REVENUE, REAL ESTATE TAX BALANCE-PAID-IN-FULL for the STATE OF PENNSYLVANIA  James Coppedge, Authorized Representative for JAMES COPPEDGE, Debtor Form No. IRS-SETOFF-HJR-192

IRS DEBT PAYOFF
Registered Mail TRACKING No. RR 853 530 130 US

**To: IRS, Technical Support Division**
**c/o Treasury UCC Contract Trust**
**Internal Revenue Service**
**1500 Pennsylvania Avenue  N.W.**                    **Date: 03/17/2022**
**Washington, D.C. 20220**

**From:**
**JAMES COPPEDGE**
**52 BARKLEY COURT**
**DOVER, DELAWARE  19904**
                                                                          **CASE ID#: 220102380**

**In Re:**
Payment and Setoff
UCC Contract Trust Account 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                    SCE Fees
Private Offset Account 210342201

Attention Agent:

Please find enclosed payment for settlement and discharge of CITY OF PHILADELPHIA held by CITY OF PHILADELPHIA, DEPARTMENT OF REVENUE, REAL ESTATE TAX DIVISION, PHILADELPHIA COUNTY for the STATE OF PENNSYLVANIA.  Please send this payment to same said vendor at the following business location:

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS-TRAIL DIVISION
OFFICE OF JUDICIAL RECORDS
284 CITY HALL
PHILADELPHIA, PA 19107

EIN# 210342201
Exemption: E81761746
UCC 1 # 2009 0491016

As owner of the property, the payment is for the following properties: Dated NOVEMBER 15, 2021

3742 N. 18th St. SCI # 1200009751  BRT# 131253200, Amount Total Due: $9,439.34
3637 N. 21st St. SCI # 1200009806  BRT# 131294700, Amount Total Due: $2,874.00
Amount Total Due: **$12,313.34** - the bills are Accepted for Value and Returned for Settlement (See enclosed Money Order and IRS Form 1040V, 1099-A).  I am the Creditor/Owner of the Treasury Offset Account accessed by the IRS and FMS, Inc.  I am requiring the IRS to pay this bill in full and with full disclosure and that my contact information and the vendors account be forwarded, along with this payment, for proper reconciliation. Total Amount Due: **$12,313.34**[ See Attachments]

Please have the DEPARTMENT OF THE TREASURY issue a check to "CITY OF PHILADELPHIA" in the sum certain amount of **$12,313.34** as an estimate with the true bill amount to be determined by the Internal Revenue Service and within a reasonable time frame and that the Internal Revenue Service notice vendor, in writing, the account for which this payment is made. I expect a bill as a confirmation that the payment has been facilitated.

1

Thank you in advance for your assistance in this matter.

Under Reservation,
JAMES COPPEDGE  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

By: _____,
  Authorized Agent
Without prejudice, or Recourse
UCC 1-207.4/1-308, 3-419

**Attachments:**   Bill Accepted for Value (**Original**)
                   Private Money Order (**Original**)
                   IRS Form 1040V (**Original**)
                   IRS Form 1099A (**Copy of Copy "C"**)
                   IRS Form 56 (**Copy of 56 to IRS Comm.**)


**cc:**

CITY OF PHILADELPHIA                          COPIES
DEPARTMENT OF REVENUE
REAL ESTATE TAX DIVISION                                      CASE ID: 220102380
ATTN: SAM SCAVUZZO, ESQ., et al
ASSISTANT CITY SOLICITOR                                      SEC Fee
MUNICIPAL SERVICES BUILDING
1401 JFK BLVD, 5^(TH) FLOOR
PHILADELPHIA, PA 19102

**U.S. DISTRICT COURT,**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**    **COPIES**     **Appeal: CA No.: 22-cv-679(JMY)**
**ATTN: CLERK OF COURT**                                              **Date: 02/28/2022**
**601 MARKET ST, FIRST FLOOR**
**PHILADELPHIA, PA 19106**

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS-TRAIL DIVISION        COPIES
OFFICE OF JUDICIAL RECORDS
284 CITY HALL
PHILADELPHIA, PA 19107
FOR :
**CITY OF PHILADELPHIA**
**AND THE SCHOOL DISTRICT OF PHILADELPHIA**


Form No. IRS-SETOFF-03-18-22 CR 2201-JC

2

IRS DEBT PAYOFF
By: Priority US PREPAID Mail
UCC 1 # 2009 0491016, (2018) Delaware

**To:**
IRS, Technical Support Division
c/o Treasury UCC Contract Trust
Department of the I.R.S.
1500 Pennsylvania Avenue  N.W.
Washington, D.C. 20220                                    DATE: 02/23/2022
**From:**
**JAMES COPPEDGE**
**2113 W. ERIE AVENUE**
**PHILADELPHIA, PA 19140:**
Payment and Setoff
UCC Contract Trust Account 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
Private Offset Account 210342201

Attention:  JUDGE PAULA PATRICK:

Please find enclosed payment for settlement and closure of Court Account/Case No. 131066400-Dated 02/23/2022 for Property Location:  2113 W. ERIE AVENUE PHILADELPHIA, PA 19140  held by CITY OF PHILADELPHIA , DEPARTMENT OF REVENUE, REAL ESTATE TAX –PAID-IN-FULL for the STATE OF PENNSYLVANIA. Please send this payment to same said vendor at the following business location:

CITY OF PHILADELPHIA
ATTN: HONORABLE JUDGE PAULA PATRICK
STEVEN A. WAKEFIELD, ESQ. Attorney for the CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE
REAL ESTATE TAX UNIT/LAW DEPT
MUNICIPAL SERVICES BLVD, 5TH FL
1401 J.F.K. BLVD                          CEASE AND DESIST SHERIFF SALE
PHILADELPHIA, PA 19102
EIN# 21-0342201

CITY OF PHILADELPHIA, DEPARTMENT OF REVENUE: REAL ESTATE TAX BALANCE-PAID-IN-FULL for the STATE OF PENNSYLVANIA. Bill for the property location: 2113 W. ERIE AVENUE, PHILADELPHIA, PA  19140, Account # 13066400, is Accepted for Value and Returned for Settlement (See enclosed Money Order and IRS Form 1040V). I am the Creditor/Owner of the Treasury Offset Account accessed by the IRS. I am requiring the IRS to pay this bill in full and with full disclosure and that my contact information and the vendors account be forwarded, along with this payment, for proper reconciliation.

Please have the DEPARTMENT OF THE TREASURY issue a check to "CITY OF PHILADELPHIA, DEPARTMENT OF REVENUE, REAL ESTATE TAX BALANCE-PAID-IN-FULL for the STATE OF PENNSYLVANIA. " in the sum certain amount of $16,072.24 as an estimate with the true bill amount to be determined by the Internal Revenue Service and within a reasonable time frame and that the Internal Revenue Service notice vendor, in writing, the account for which this payment is made. I expect a bill as a confirmation that the payment has been facilitated.

Thank you in advance for your assistance in this matter.

Under Reservation, Without Prejudice
JAMES COPPEDGE, 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

By:
Authorized Agent

**Attachments:**   Bill Accepted for Value (**Original**), Private Money Order (**Original**), IRS Form 1040V (**Original**)
                 IRS Form 1099A (**Copy of Copy "C"**),  IRS Form 56 (**Copy of 56 to IRS Comm.**)
**cc:**  by CITY OF PHILADELPHIA , DEPARTMENT OF REVENUE, REAL ESTATE TAX BALANCE-PAID-IN-FULL for the STATE OF PENNSYLVANIA  James Coppedge, Authorized Representative for JAMES COPPEDGE, Debtor Form No. IRS-SETOFF-HJR-192

### 3   Verified Notice of Tender of Payment:
## A NOTARY PRESENTMENT

**Date of Notice:** August 16, 2022          ]I don't owe any money]

© James Coppedge, acting as Acceptance Agents for JAMES COPPEDGE, DEBTOR ©
**Ens legis**

**c/o Office Address: 52 Barkley Court, De-Jure, Dover, Delaware [19904]**

**All rights in commerce are explicitly under reserve without recourse.**

**TO WHOM IT MAY CONCERN/CFO FOR CITY OF PHILADELPHIA/DEPARTMENT
OF REVENUE, LAW DEPARTMENT**          Date: 08/16/2022

**The MONEY ORDER and Form 1040-V with COUPON AND PRESENTMENT were
Mailed for Processing to:**
**CITY OF PHILADELPHIA**
**DEPARTMENT OF REVENUE**
**WATER REVENUE BUREAU**
**P.O. BOX 41496**
**PHILADELPHIA, PA 19101-1496**
**Dear Agent/CFO:**

In Reference to Tender of Payment Due.

**FOR THE FOLLOWING ADDRESSES AND ACCOUNT NUMBERS DEBTS ARE
PAID-IN-FULL. (See Exhibits)**

| | | | | |
|---|---|---|---|---|
| 3742 N. 18th Street | 19140 | 057-88130-03742-001 | $5,075.34 | ORDER: 07/26/22 |
| 3739 N. 18th Street | 19140 | 057-88130-03739-001 | $13,507.67 | ORDER: 07/26/22 |
| 3637 N. 21st Street | 19140 | 057-88190-03637-001 | $3,421.14 | ORDER: 12/24/21 |
| 2113 W. Erie Avenue | 19140 | 057-32000-02113-001 | $2,258.13 | ORDER: 08/05/22 |
| 2113 W. Erie Avenue | 19140 | 057-32000-02113-001 | $2,270.72 | ORDER : 08/25/22 |

**Reference: JAMES COPPEDGE, SSN: 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.   This payment is in dispute as it was
previously settled by private negotiable debt instruments.  Please check the record. This
request for another tender of payment is conditionally accepted for value and returned for
the assessed value for settlement, discharge and credit to the accounts for closure of
payments to the accounts with prejudice.**

**Pursuant to PA Rule UCC 3-603 and 3-604, and its Consolidated Statutes UNIFORM
COMMERCIAL CODE concerning discharge of debts, and in consideration of the
UNITED STATES CONSTITUTION, ARTICLE 1, § 10, (1933 Suspended Due to U.S.
BANKRUPTCY),   which debts  are now Accepted and Returned for the Assessed Value,**

for Settlement and Closure of the Accounting, order issued on the above dates instructing the DEBTOR to pay the debt as indicated above to the CITY OF PHILADELPHIA and in accord with current Public Policy at House Joint Resolution 192 passed by the 73rd Congress of the United States 1 Session on June 5, 1933, hereinafter referred to as "HJR-192" with said Resolution having never been repelled and still being in full force and effect, and in accord with both the UNIFORM COMMERCIAL CODE and the Pennsylvania Consolidated Statutes UNIFORM COMMERCIAL CODE concerning discharge of debts, and in consideration of the UNITED STATES CONSTITUTION, ARTICLE 1, § 10, (Suspended Due to U.S. BANKRUPTCY),  the Acceptance Agents named above acting in good faith, with clean hands and at arm's length, is hereby and herein are accepting and returning the assessed value for tendering payment of the above debts in the amounts indicated above without controversy.  In full compliance and full satisfaction of said order, issued and due on the above dates instructing DEBTOR  to TENDER PAYMENT of the DEBT.  Inasmuch as no lawful money of account exist in circulation, and pursuant current Public Policy "HJR-192" DEBTOR have no money-at-law with which to pay a debt, which is also an impossibility.  As a result of the fact that the Accepted Agent is authorized to tender the payment, pursuant to the above lawful Public Policy for UNITED STATES CURENCY, the payment is Tendered by a Negotiable Debt Instrument, pursuant to the UNIFORM COMMERCIAL CODE in Article 3. Part 6, Section 3-603, and the Pennsylvania Consolidated Status Title 13 UNIFORM COMMERCIAL CODE in §3-603, and § 3-604, Tender of payment and discharge in order to be in compliance with the CITY'S ORDER FOR PAYMENT DUE on  Dates indicated above, instructing the DEBTOR to tender payments of debt.

As you will note, pursuant to the UNIFORM COMMERCIAL CODE in Article 3, Part 1, Section 3-104 and the Pennsylvania Consolidated Statutes Title 13 UNIFORM COMMERICAL CODE in §3-104, §3-106, the attached PROMISSORY NOTE/MONEY ORDER WITH IRS FORM 1040-V are Negotiable Instruments and clearly satisfy the requirements to SETTLEMENT  THE ACCOUNTINGS FOR VALUE .  The said PRESENTMENTS, MONEY ORDERS AND 1040-V with COUPON FOR DISCHARGE OF DEBT ONLY with Presentment COUPON and 1040-V are being issued in good faith, and with clean hands at arm's length, and is not a dishonor of said ORDER.

CEASE AND DESIST SHUT-OFFS PENDING DISCHARGE OF THE
ACCOUNTS BY LAW OF PUBLIC POLICY

If this settlement claim is disputed in part or in whole, please rebut by affidavit point for point in three (3) days, excluding the day of receipt, per Truth in Lending Act. If there is no dispute as stipulated, then credit the accounts for settlement which stands as truth in commerce without recourse.

Please send me a signed receipt acknowledging receipt of  payment-in full to the above address. Thank you!

Verification:  I declare under penalty of perjury under the laws of the U.S.A. that the foregoing is true and correct to the best of my knowledge and unlimited commercial

2

Verification: I declare under penalty of perjury under the laws of the U.S.A. that the foregoing is true and correct to the best of my knowledge and unlimited commercial liability: Executed on this 16 day of AUGUST, A.D. 2022, this Negotiable Debt Instrument in the form of Presentments, Money Orders and 1040-Vs to the UNITED STATES TREASURY and credit to the above name and account numbers being due and payable on signed in blue ink dated AUGUST ,2022 in the amounts indicated above and payable or after AUGUST 15, A.D. 2022 c/o 52 Barkley Court, De-Jure Dover, Delaware near [10004].

Without Prejudice or Recourse

By: James Coppedge, Without prejudice or recourse, UCC3-419,3-415,1-301, 3-301, 1-308,
Acceptance Agent DulyAuthorized
For JAMES COPPEDGE, DEBT
© Ens legis 52 BARKLEY CT
DOVER, DELAWARE [19904]

## ACKNOWLEDGEMENT

As a Notary Public for said County and State, I do hereby certify that on this ____ day of August, A.D. 2022 the above mentioned James Coppedge appeared before me and executed the foregoing. I therefore, witness my hand and seal

_____ (seal)
Notary Public

My Commission expires: _____

ON THIS ___ DAY OF _____ 20__
_____ APPEARED
BEFORE ME _____
NOTARY PUBLIC FOR THE STATE OF DELAWARE,
COUNTY OF KENT.

3

2

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**JAMES COPPEDGE**

B. E-MAIL CONTACT AT FILER (optional)
**leojames52@gmail.com**

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

    ⌐ CITY OF PHILADELPHIA
      DEPARTMENT OF REVENUE/LAW DEPT
      WATER REVENUE BUREAU (TAX)
      1401 JFK BLVD, 5TH FL
      PHILADELPHIA, PA 19102 ⌐

Delaware Department of State
U.C.C. Filing Section
Filed: 09:59 AM 05/26/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 4083474
Service Request No: 20212102479

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**2009 0491016**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Item UCC3Ad) and provide Debtor's name in item 13

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:
Check one of these two boxes:  AND  Check one of these three boxes to:
This Change affects ☐ Debtor or ☐ Secured Party of record
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME

OR  6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
7a. ORGANIZATION'S NAME
**DEPARTMENT OF THE TREASURY, FINANCIAL MANAGEMENT SERVICES**

OR  7b. INDIVIDUAL'S SURNAME

    INDIVIDUAL'S FIRST PERSONAL NAME

    INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
**P.O. BOX 1686** | **BIRMINGHAM** | **AL** | **35201-1686** | **USA**

8. ☑ COLLATERAL CHANGE: Also check one of these four boxes:  ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE named collateral  ☑ ASSIGN collateral

Indicate collateral:
This is an actual constructive notice of a partial release  of a BILL accepted for value and returned for value: Payable to the United States Treasury in the sum certain of : $2,812.99 (Two Thousand, Eight Hundred Twelve Dollars and Ninety-Nine Cents) and Charge the Same to : CITY OF PHILADELPHIA, WATER REVENUE BUREAU, Account No. 057-88130-03742-001 from an assignment of /Financial Statement: #2009 0491016 on behalf of COPPEDGE, JAMES: Address: 3742 N. 18th Street, PHILADELPHIA, PA 19140. Pay  CITY OF PHILA. WRB$2,812.99 Dated: 03/26/21, pursuant to HJR-192 of June 5, 1933, UCC 1-103.6, 1-308

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR that adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
9a. ORGANIZATION'S NAME

OR  9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX
**Coppedge** | **James**

10. OPTIONAL FILER REFERENCE DATA

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

James Coppedge & (215) 913-1485

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
P.O. BOX 1686
BIRMINGHAM, AL 35201-1686

Delaware Department of State
U.C.C. Filing Section
Filed: 02:56 PM 10/31/2019
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2019 7648442
Service Request No: 20197845909

1a. INITIAL FINANCING STATEMENT FILE #

2009 0491016

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

2. ☐ TERMINATION. Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

1b. ☑ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

4. ☑ ASSIGNMENT (full or partial). Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

DEPARTMENT OF THE TREASURY FINANCIAL MANAGEMENT SERVICES

OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

P.O. BOX 1686 | BIRMINGHAM | AL | 35201-1686 | USA

7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION
Not Applicable | | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID # if any

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added or give entire ☐ restated collateral description or describe collateral ☑ assigned.  ☐ NONE

This presentment is an constructive  public notice of a partial assignment of Financing Statement #2009 0491016
AMENDMENT (con'd) for JAMES COPPEDGE of the sum certain amount of Five Thousand, One Hundred Fifty-Seven
Dollars and Fifty-Six Cents : $5,157.56 to be Deposited at the DEPARTMENT OF THE TREASURY as an asset.

1. PAY TO THE DEPARTMENT OF THE TREASURY the sum certain of : $5,157.56.
2. And Charge the Same to the DEPARTMENT OF REVENUE, WATER REVENUE BUREAU, PHILADELPHIA, PA
19102 FOR /SEWER & STORM WATER BILL FOR PROPERTY OF COPPEDGE, JAMES OF 3739 N. 18TH
STREET, PHILADELPHIA, PA 19140: ACCOUNT# 057-88130-03739-001 as indicated by partial release.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

Coppedge | James | (NMI) |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS.

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
JAMES COPPEDGE

**B. E-MAIL CONTACT AT FILER (optional)**
leojames52@gmail.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

⌐ CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE/LAW DEPT
WATER REVENUE BUREAU (TAX)
1401 JFK BLVD, 5TH FL
PHILADELPHIA, PA 19102 ⌐

Delaware Department of State
U.C.C. Filing Section
Filed: 10:17 AM 05/26/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 4084050
Service Request No: 20212103792

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☑ This FINANCING STATEMENT AMENDMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS |
|---|---|
| 2009 0491016 | Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ **ASSIGNMENT (full or partial):** Previous name of Assignor in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9. For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes:       AND Check one of these three boxes to:
This Change affects ☐ Debtor or ☐ Secured Party of record      ☐ CHANGE name and/or address. Complete item 7a or 7b, and item 7c      ☐ ADD name: Complete item 7a or 7b, and item 7c      ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME

| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

7. **CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
7a. ORGANIZATION'S NAME
DEPARTMENT OF THE TREASURY, FINANCIAL MANAGEMENT SERVICES

OR 7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
|---|---|---|---|

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 1686 | BIRMINGHAM | AL | 35201-1686 | USA |

8. ☑ **COLLATERAL CHANGE:** Also check one of these four boxes:  ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☑ ASSIGN collateral
Indicate collateral:

This is an actual constructive notice of a partial release of a BILL accepted for value and returned for value: Payable to the United States Treasury in the sum certain of : $1,737.32 (One Thousand Seven Hundred Thirty-Seven Dollars and Thirty-Two Cents) and Charge the Same to : CITY OF PHILADELPHIA, WATER REVENUE BUREAU, Account No. 057-32000-02113-0010008 from an assignment of (Financial Statement: #2009 0491016 on behalf of COPPEDGE, JAMES; Address: 2113 W. ERIE AVENUE, PHILADELPHIA, PA 19140, Pay CITY OF PHILA. WRB: $1,737.32 Dated: 03/26/21, pursuant to HJR-192 of June 5, 1933, UCC 1-103,6, 1-308.

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
9a. ORGANIZATION'S NAME

| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Coppedge | James | | |

10. OPTIONAL FILER REFERENCE DATA

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)
leojames52@gmail.com

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

    ⌐ JAMES COPPEDGE
      52 BARKLEY COURT
      DOVER, DELAWARE [19904]
    ⌐

Delaware Department of State
U.C.C. Filing Section
Filed: 02:01 PM 06/09/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 4485208
Service Request No: 20212398905

1a. INITIAL FINANCING STATEMENT FILE NUMBER
2009 0491016

1b. ☑ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:
Check one of these two boxes:

This Change affects ☐ Debtor or ☐ Secured Party of record

AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b, and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME

OR
6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
7a. ORGANIZATION'S NAME
DEPARTMENT OF THE TREASURY, FINANCIAL MANAGEMENT SERVICES

OR
7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7c. MAILING ADDRESS
P.O. BOX 1686
CITY: BIRMINGHAM | STATE: AL | POSTAL CODE: 35201-1686 | COUNTRY: USA

8. ☑ COLLATERAL CHANGE: Also check one of these four boxes:  ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☑ ASSIGN collateral
Indicate collateral:

This is an actural constructive public notice of a partial release assignment of Financing Statement# 2009 0491016 for JAMES COPPEDGE, ADDRESS: 2113 W. ERIE AVENUE, PHILADELPHIA, PA 19140 to pay the sum certain of $50,000.00 (Fifty-Thousand Dollars and Zero Cents), Deposit to the UNITED STATES TREASURY as an asset. And charge the same to Nationstar Mortgage LLC, Mortgage Doc# 52684801, Assignee's Addr: 350 Highland Drive, Lewisville, TX 75067. This DEBT is Accepted and Returned for Value, pursuant to HJR-192 in consideration of US CONST. ART.1 SEC 10 for release of LIEN.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
9a. ORGANIZATION'S NAME

OR
9b. INDIVIDUAL'S SURNAME
Coppedge
FIRST PERSONAL NAME
James
ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
James Coppedge & (215) 913-1485

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
CITY OF PHILADELPHIA/DEPT OF REVENUE
ATTN: JAMES J. ZWOLAK, DIVISIONAL DEPUTY
CITY SOLICITOR, For the City of Philadelphia
1401 JFK BLVD, 5th FL, TAX UNIT
PHILADELPHIA, PA 19102
```

Delaware Department of State
U.C.C. Filing Section
Filed: 01:51 PM 06/09/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 4484615
Service Request No: 20212398665

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
2009 0491016

☑ THIS FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions regarding changing the name/address of a party.

☐ DELETE name: Give record name to be deleted in item 6a or 6b.

☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| DEPARTMENT OF THE TREASURY FINANCIAL MANAGEMENT SERVICES | | MIDDLE NAME | SUFFIX |
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 1686 | BIRMINGHAM | AL | 35201-1686 | USA |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| Not Applicable | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

This is an actual constructive public notice of a partial release assignment of Financing Statement # 2009 0491016 on behalf of JAMES COPPEDGE, Address: 2113 W. ERIE AVENUE, PHILADELPHIA, PA 19140, to pay the sum certain for (1) MUNICIPAL TAX LIENS in the Amount of $59,600.00 (Fifty-Nine Thousand, Six Hundred Dollars and Zero Cents), Deposit to the UNITED STATES TREASURY as an asset. (2) Delinquent Real Estate Tax Liability: ENTITY: BRT / 131066400, ACCOUNT ID: 1000115238: REAL ESTATE TAX: $11,515.55 (Eleven Thousand, Five Hundred Fifty Dollars and Fifty-Five Cents And Charge the Same to the CITY OF PHILADELPHIA, DEPARTMENT OF REVENUE for Order Number: LTS3946878, Client Number : 138150, CASE ID: 2003T0020
The Sum Total Certain = $71,115.55 (Seventy-One Thousand, One Hundred Fifteen Dollars and Fifty-Five Cents). The DEBT is Accepted for Value and Returned for Value, pursuant to HJR-192 in consideration of US CONST. ART. 1 SEC 10.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Coppedge | James | (NMI) | |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

9.

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**JAMES COPPEDGE**

B. E-MAIL CONTACT AT FILER (optional)
leojames51@gmail.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE/LAW DEPT
WATER REVENUE BUREAU (TAX)
1401 JFK BLVD. 5TH FL.
PHILADELPHIA, PA 19102

Delaware Department of State
U.C.C. Filing Section
Filed: 10:14 AM 05/26/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 4083938
Service Request No: 20212103556

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
2009 0491016

1b. ☑ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:
Check one of these two boxes:
This Change affects ☐ Debtor or ☐ Secured Party of record

AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
7a. ORGANIZATION'S NAME
DEPARTMENT OF THE TREASURY, FINANCIAL MANAGEMENT SERVICES

OR 7b. INDIVIDUAL'S SURNAME

7b. INDIVIDUAL'S FIRST PERSONAL NAME

7b. INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7c. MAILING ADDRESS
P.O. BOX 1686 | CITY BIRMINGHAM | STATE AL | POSTAL CODE 35201-1686 | COUNTRY USA

8. ☑ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☑ ASSIGN collateral
Indicate collateral:
This is an actual constructive notice of a partial release of a BILL accepted for value and returned for value: Payable to the United States Treasury in the sum certain of : $2,215.05 (Two Thousand, Two Hundred Fifteen Dollars and Five Cents) and Charge the Same to : CITY OF PHILADELPHIA, WATER REVENUE BUREAU, Account No. 057-88190-03637-001 from an assignment of /Financial Statement: #2009 0491016 on behalf of COPPEDGE, JAMES: Address: 3637 N. 21 STREET, PHILADELPHIA, PA 19140. Pay CITY OF PHILA. WRB: $2,215.05 Dated: 03/26/21. pursuant to HJR-192 of June 5, 1933. UCC 1-103,6, 1-308

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
9a. ORGANIZATION'S NAME

9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX
Coppedge | James

10. OPTIONAL FILER REFERENCE DATA

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)
James Coppedge (302) 674-2535

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

CITY OF PHILADELPHIA/DEPT OF REVENUE /
LAW REVENUE BUREAU, MSB, ATTN: CFO ONLY
1401 JFK BLVD, ROOM 580
PHILADELPHIA, PA 19102

Delaware Department of State
U.C.C. Filing Section
Filed: 03:23 PM 02/05/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 0980376
Service Request No: 20210354483

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

2009 0491016

DEPARTMENT OF THE TREASURY/FINANCIAL MANAGEMENT SERVICES

7. MAILING ADDRESS
P.O. BOX 1686

CITY: BIRMINGHAM   STATE: AL   POSTAL CODE: 35201-1686   COUNTRY: USA

7f. SEE INSTRUCTIONS   7g. TYPE OF ORGANIZATION
Not Applicable   DEBTOR

Describe collateral [ ] deleted or [ ] added, or give entire [ ] restated collateral description, or describe collateral assignment:

This presentment is an actual and constructive notice of a partial assignment of Financing Statement#2009 0491016 for JAMES COPPEDGE, a tender of payment for the sum certain of the assessed value of Total Due 1: $53,700.00 for the CITY OF PHILADELPHIA- REAL ESTATE TAXES: Year(s) 2012 thru 2014 without controversy, in addition to WATER AND SEWER RENTS: Acct.# 89130-03742, Total Due 2: $514.37. Pay to the Order of CITY OF PHILADELPHIA Total assessed value due of: $54,314.37 and Charge the same to the UNITED STATES TREASURY. [See Bill Attachment for Address: 3742 N. 18th STREET, PHILADELPHIA, PA 19140. CASE ID: 200310022].

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT

9b. INDIVIDUAL'S LAST NAME
Coppedge

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)
James Coppedge  (302) 674-2535

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

```
CITY OF PHILADELPHIA / DEPT OF REVENUE
LAW REVENUE BUREAU, MSB, ATTN: CFO ONLY
1401 JFK BLVD, ROOM 580
PHILADELPHIA, PA 19102
```

Delaware Department of State
U.C.C. Filing Section
Filed: 03:33 PM 02/05/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 0981069
Service Request No:  20210354753

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
2009 0491016

☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2 ☐ **TERMINATION**. Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3 ☐ **CONTINUATION**. Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4 ☒ **ASSIGNMENT** (full or partial). Give name of assignee in item 7a or 7b and address of assignee in item 7c, and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION)**. This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address. Please refer to the detailed instructions in regards to changing the name/address of a party.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION
6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME
DEPARTMENT OF THE TREASURY / FINANCIAL MANAGEMENT SERVICES

OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| P.O. BOX 1686 | BIRMINGHAM | AL | 35201-1686 | USA |

7d. SEE INSTRUCTIONS    ADD'L INFO RE  | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any
Not Applicable    ORGANIZATION DEBTOR    ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE) check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☒ assigned.

This is an actual and constructive notice of a partial assignment of Financing Statement # 2009 0491016 for debt discharge for JAMES COPPEDGE to Pay the Sum Certain of Total due 1:  $51,600,00 (Fifty-One Thousand, Six Hundred Dollars and Zero Cents ) to the CITY OF PHILADELPHIA REAL ESTATE TAXES for the Year(s) 2019 thru 2011 without controversy. This payment also includes WATER REVENUE RENTS: Total due 2: $4,212.11 (Four Thousand,Two Hundred Twelve Dollars and Eleven Cents) under CASE ID: 200310023. Address of Property: 3637 N. 21st STREET, PHILADELPHIA, PA 19140.
TOTAL DUE OF SUM CERTAIN PAID: $55,812.11 ( Fifty-Five Thousand, Eight Hundred Twelve Dollars and Eleven Cents).
And Charge the Same to the UNITED STATES TREASURY.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | | 
Coppedge | James |

3

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

James Coppedge & (215) 913-1485

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

⌐ DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
P.O. BOX 1686
BIRMINGHAM, AL 35201-1686 ⌐

Delaware Department of State
U.C.C. Filing Section
Filed: 02:56 PM 10/31/2019
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2019 7648443
Service Request No: 20197845909

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #

2009 0491016

1b. ☑ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☑ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address. Please refer to the detailed instructions regarding changing the name/address of a party.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME
OR
6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME
DEPARTMENT OF THE TREASURY FINANCIAL MANAGEMENT SERVICES
OR
7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
P.O. BOX 1686 | BIRMINGHAM | AL | 35201-1686 | USA

7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR: Not Applicable | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any   ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

This presentment is an constructive public notice of a partial assignment of Financing Statement #2009 0491016 AMENDMENT (cont'd) for JAMES COPPEDGE of the sum certain amount of Five Thousand, One Hundred Fifty-Seven Dollars and Fifty-Six Cents : $5,157.56 to be Deposited at the DEPARTMENT OF THE TREASURY as an asset.

1. PAY TO THE DEPARTMENT OF THE TREASURY the sum certain of : $5,157.56.
2. And Charge the Same to the DEPARTMENT OF REVENUE, WATER REVENUE BUREAU, PHILADELPHIA, PA 19102 FOR /SEWER & STORM WATER BILL FOR PROPERTY OF COPPEDGE, JAMES OF 3739 N. 18TH STREET, PHILADELPHIA, PA 19140; ACCOUNT# 057-88130-03739-001 as indicated by partial release.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME
OR
9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
Coppedge | James | (NMI)

10. OPTIONAL FILER REFERENCE DATA

Form **56**
(Rev. December 2019)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code Sections 6036 and 6903)

▶ Go to *www.irs.gov/Form56* for instructions and the latest information.

OMB No. 1545-0013

## Part I   Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| JAMES COPPEDGE | ~~[redacted]~~ | |

Address of person for whom you are acting (number, street, and room or suite no.)

62 BARKLEY COURT

City or town, state, and ZIP code (If a foreign address, see instructions.)

DOVER, DELAWARE 19904

Fiduciary's name

HENRY M. PULSON JR. SECRETARY OF THE TREASURY, SUCCESSORS AND / OR ASSIGNS

Address of fiduciary (number, street, and room or suite no.)

1500 PENNSYLVANIA AVENUE  NW

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| WASHINGTON, DC 20220 | (     ) |

## Section A.  Authority

**1** Authority for fiduciary relationship. Check applicable box:

**a** ☑ Court appointment of testate estate (valid will exists)

**b** ☑ Court appointment of intestate estate (no valid will exists)

**c** ☑ Court appointment as guardian or conservator

**d** ☑ Fiduciary of intestate estate

**e** ☑ Valid trust instrument and amendments

**f** ☑ Bankruptcy or assignment for the benefit or creditors

**g** ☑ Other. Describe ▶ ALL COMMERCIAL TRANSACTIONS AS DIRECTED

**2a** If box 1a, 1b, or 1d is checked, enter the date of death ▶ FROM 07/29/1944 OF BIRTH 1

**b** If box 1c, 1e, 1f, or 1g is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶

## Section B.  Nature of Liability and Tax Notices

**3** Type of taxes (check all that apply):  ☑ Income   ☐ Gift   ☐ Estate   ☐ Generation-skipping transfer   ☐ Employment
☐ Excise   ☐ Other (describe) ▶

**4** Federal tax form number (check all that apply):  **a** ☐ 706 series  **b** ☐ 709  **c** ☐ 940  **d** ☐ 941, 943, 944
**e** ☑ 1040 or 1040-SR  **f** ☑ 1041  **g** ☐ 1120  **h** ☐ Other (list) ▶

**5** If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . ▶ ☑
and list the specific years or periods ▶ 2009 AND FORWARD

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.   Cat. No. 16375I   Form **56** (Rev. 12-2019)

# EXHIBITS

NOT FOR Filing

1

IRS DEBT PAYOFF
Registered Mail TRACKING No. RR 853 530 130 US

**To: IRS, Technical Support Division**
**c/o Treasury UCC Contract Trust**
**Internal Revenue Service**
**1500 Pennsylvania Avenue N.W.**
**Washington, D.C. 20220**

**Date: 03/18/2022**

**From:**
**JAMES COPPEDGE**
**52 BARKLEY COURT**
**DOVER, DELAWARE 19904**

**CASE ID#: 220102380**

**In Re:**
Payment and Setoff
UCC Contract Trust Account 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
Private Offset Account 210342201

WATER AND SEWER RENTS TAX

Attention Agent:

Please find enclosed payment for settlement and discharge of CITY OF PHILADELPHIA held by CITY OF PHILADELPHIA, DEPARTMENT OF REVENUE, REAL ESTATE TAX DIVISION, PHILADELPHIA COUNTY for the STATE OF PENNSYLVANIA. Please send this payment to same said vendor at the following business location:

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS-TRAIL DIVISION
OFFICE OF JUDICIAL RECORDS
284 CITY HALL
PHILADELPHIA, PA 19107

EIN# 210342201
Exemption: E81761746
UCC 1 # 2009 0491016

As owner of the property, the payment is for the following properties: Dated January 25, 2022
2113 W. ERIE AVENUE Acct# 057320002113001 BRT#131066400, Amount Total Due: $1,897.77
3739 N. 18TH St. Acct# 0578813003739001 BRT#13124800, Amount Total Due: $10.177.60
3742 N. 18th St. Acct# 0578813003742001 BRT# 131253200, Amount Total Due: $3,872.60
3637 N. 21st St. Acct# 0578819003637001 BRT# 131294700, Amount Total Due: $3,207.05
Amount Total Due: **$19,155.07** - the bills are Accepted for Value and Returned for Settlement (See enclosed Money Order and IRS Form 1040V, 1099-A). I am the Creditor/Owner of the Treasury Offset Account accessed by the IRS and FMS, Inc. I am requiring the IRS to pay this bill in full and with full disclosure and that my contact information and the vendors account be forwarded, along with this payment, for proper reconciliation. Total Amount Due: **$19,155.07**[ See Attachment "D"]

Please have the DEPARTMENT OF THE TREASURY issue a check to "CITY OF PHILADELPHIA" in the sum certain amount of **$19,155.07** as an estimate with the true bill amount to be determined by the Internal Revenue Service and within a reasonable time frame and that the Internal Revenue Service notice vendor, in writing, the account for which this payment is made. I expect a bill as a confirmation that the payment has been facilitated.

IRS DEBT PAYOFF, pursuant to HJR-192 of June 05, 1933.
Registered Mail No. <u>RE 853 530 130 US</u>
**Certified Mail# 7021 0950 0000 0327 9494**
**To:**
DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE CENTER
FRESNO, CA 93888

Date: 06/16/2023

**From:**
**JAMES COPPEDGE**                                        **BILL: $99,999.00 Assessment**
**52 BARKLEY CT**
**DOVER, DE 19904In Re:**
Payment and Setoff
UCC Contract Trust Account 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
Private Offset Account 210342201          NOTICE OF DOUBLE BOOK ENTRIES

Attention Agent:

Please find enclosed payment for settlement and closure of Court Account/Case No.
167 C.D. 2023 held by DAUPHIN COUNTY for the STATE OF PENNSYLVANIA. Please
send this payment to same said vendor at the following business location:
CASE No.: 167 C.D. 2023

COMMONWEALTH OF PENNSYLVANIA
dba COMMONWEALTH COURT OF PENNSYLVANIA
601 COMMONWEALTH AVENUE
Suite 2100
PO BOX 69185
HARRISBURG, PA 17106-9185

EIN# 21-0342201

COMMONWEALTH COURT OF PENNSYLVANIA's bill is Accepted for Value and
Returned for Settlement (See enclosed Money Order and IRS Form 1040V). I am the
Creditor/Owner of the Treasury Offset Account accessed by the IRS and FMS, Inc. I am
requiring the IRS to pay this bill in full and with full disclosure and that my contact
information and the vendors account/case number be forwarded, along with this
payment, for proper reconciliation.

Please have the DEPARTMENT OF THE TREASURY issue a check to
"COMMONWEALTH COURT OF PENNSYLVANIA" in the sum certain amount of
$99,999.00 as an estimate with the true bill amount to be determined by the
COMMONWEALTH COURT OF PENNSYLVANIA and within a reasonable time frame and
that the Internal Revenue Service notice vendor, in writing, the account/case for which

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

CITY OF PHILADELPHIA AND
THE SCHOOL DISTRICT OF
PHILADELPHIA
        PLAINTIFF

NO. 220102380/
Case ID: 2206T0110
Re: 3739 N. 18th St. 19140

V.
James Coppedge, sui juris
Attorney-In-Fact on behalf of
JAMES COPPEDGE, DEBTOR ©Ens legis

Date: 07/11/2022

Defendant-In-Error

## NOTICE OF UNLAWFUL DOUBLE BILLING

Dear S. Scauvzzo, Esq.:

Greetings!

In reference to the above Case Numbers, an Answer to each Complaint has been filed. You have billed JAMES COPPEDGE more than twice about these accounts. I am only required to pay (discharge) only once. The Double Billing is unlawful and from my point of view is a violation of 18 USC §241 and §242. [See Exhibit "A"]

In accordance with the STATE OF PENNSYLVANIA UNIFORM COMMERCIAL CONSOLIDATED UCC STATUE 3-603 and 3-604, please comply with the law of Public Policy.

1. Based on HJR-192, and Public Law 73-10 (48) Stat 112-113 in consideration of the U.S.

   CONSTITUTION ARTICLE 1, § 10.(Suspended): All Bills from the CITY OF PHILADELPHIA,

   DEPARTMENT OF REVENUE have been "Accepted for Value and Returned for the Assessed

   Value for Closure and Settlement of the Accounting through the U.S. TREASURY: Exempt from

   Levy and Private." The Bills were Dated and Signed operating through the DEPARTMENT OF THE

   TREASURY.

2. "Furthermore, inasmuch as no lawful money of account exist in circulation, and pursuant to

   current Public Policy "HJR-192", the DEBTOR has no money-at-law with which to pay a debt-

   at-law, which is also an impossibility. As a result of the fact that the Accepted Agent is

1

authorized to tender the payment, pursuant to the above lawful Public Policy for UNITED

STATES CURENCY, the payment is tendered by a Negotiable Debt Instrument, pursuant to the

UNIFORM COMMERCIAL CODE in Article 3. Part 6, Section 3-603, and the Pennsylvania

Consolidated Status Title 13 UNIFORM COMMERCIAL CODE in § 3-603, and § 3-604. The tender

of payment and discharge is in order to be in compliance. " But alas, it is obvious that this

"Public Policy" has not been addressed or accepted in your briefs because they have

intentionally been ignored. As an attorney, you knew or should have known better.

3.  Your recent filing has already been Answered.  Please review my Answer to the Complaint

dated 03/22/22, Filing No.:22010238000008 for Proof of Claim.

4.  I have refiled these BILLS for tender of payment with the DEPARTMENT OF THE TREASURY for

Payment-In-Full. Certified Mailing No.: 7009 0080 0001 2743 1035 Dated 07/11/22.

WHEREFORE, please review the filing and respond accordingly.  The option is to be listed as a co-

conspirator, if double billing continues.

WITHOUT PREJUDICE,

By James Coppedge, sui juris
Authorized Representative &
Secured Party Creditor Beneficiary
Without prejudice,
    UCC 1-207.4/1-308, 3-419, 1-103.6
Attorney-In-Fact
UCC 1-IFSN:  DOC#2931 On:0 2/12/09,
2009 0491016, Dated 10/17/2018
    c/o 52 Barkley Court
    Dover, Delaware 19904

IN THE COMMONWEALTH COURT OF PENNSYLVANIA

CITY OF PHILADELPHIA AND                    :
THE SCHOOL DISTRICT OF PHILADELPHIA
        RESPONDENT              :          No.: 167 C.D. 2023
V.
James Coppedge                              :
        Appellant                :          Date: 03/30/2023

**PER CURIAM**

NOTICE OF CITY DOUBLE BOOKING ENTRIES

Please see attached Exhibits.
On occasions I have notified the CITY Attorney: Sam Scauvzzo, Esq. and Judge Daniel Anders, et al of the problem of double booking entries on Water Bill and Real Estate Tax Matters. I believe the debts have been paid and settled in full by the United States Treasury, my fiduciary which should have been satisfied in the past 45 days or longer but in any case no credit has been applied to my accounts.

1.  Mr. Scauvzzo, Esq. a City Solicitor has not provided proof of claim that he or a third party assigned to collect the alleged debt has not been assigned to defraud me of my credit, after knowing that the alleged debt had been paid, disregarding the law, pursuant to Title 18, Part 1 chapter 42, Section 894, Chapter 44, Section 661: Theft of Credit and Extortion respectively. Also, must be considered is Title 26, Section 7214, Extortion, 18 USCA § 1962 (c ), Collection of an Unlawful Debt and Title 26, § 7214 Extortion, and the National Currency Act § 27, 28,53, Embezzlement Theft UCC 3-603.

2.  Opposing Counsel Scauvzzo, et al, failed provide proof of claim that the reason you have transferred this account was not to block my credit in order to Double Book Entry the account by demanding a second or third payment without the U.S. Treasury's knowledge of the fraudulent action.

3.  Opposing Counsel Scauvzzo, et al failed provide proof of claim that I am not the Surety for the Principal and the Authorized Representative of the Accounting. I am not the DEBTOR: JAMES COPPEDGE.

If Blocking my credit was an accident, Opposing Counsels had time and opportunity to correct the matter immediately but failed to do so. My account should have been in accordance with the FAIR DEBT COLLECTION ACT, 15 USC § 1692, Freedom of Information Act 5 USCA § 552, AND THEREFORE A CORRECTION of the Credit Report when recorded because privacy violations is a must. Title 18 USC § 1702, 1708, 1341, 2510,2511, 2517. Please Note: Postal violations and Mail Fraud: Title 18 & 39.

Finally, their failure to rebut this Affidavit of Truth within the time allowed failed and serves as their confession to the above crimes because of their failure to credit and closed the account in addition to any criminal penalties the Law may impose. There has been no response by Affidavit to dispute my claims. A response by Affidavit point for point only will be accepted. Hence, due to financial pain and suffering, distress and trespass, the Counterclaim of $500.000.00 stands as truth in commerce due to

violations of HJR-192 and P.L. 73-10 (48) Stat. 112-113 in consideration of Article 1, § 10 of the U.S. CONSTITUTION.

Without Prejudice,

All rights are explicitly reserved.

By: James Coppedge, sui juris
Secured Party Creditor
Authorized Representative, Attorney-In-Fact
in behalf of the DEBTOR: JAMES COPPEDGE,©
, Ens legis, UCC 1-308, 1-103.6, 3-419
52 Barkley Ct
Dover, Delaware [19904]

2

VERIFICATION OF SERVICE

I, the undersigned, certify and affirm that the foregoing is true and correct to the best of my knowledge and belief under oath and upon my unlimited commercial liability.

CERTIFICATE OF SERVICE

I, the undersigned, certify that a copy of the foregoing Motion for Relief Rule 60b of all four (4) Water Debts and Real Estate Taxes and other taxes have been served for Discharged through Department of the Treasury on record and notice was served upon the following parties in the manner indicated below with active case number: 167 C.D. 2023

By: US PRIORITY MAIL:
IRS, TECHNICAL SUPPORT DIVISION
c/o TREASURY UCC CONTRACT TRUST DEPARTMENT OF THE IRS
DEPARTMENT OF THE TREASURY          WATER BILLS / Originals
1500 PENNSYLVANIA AVENUE N.W.       June 17, 2022/03/30/2023
WASHINGTON, D.C. 20220              Money Order/1040-V, 1099-A

By: U.S. prepaid mail:
CITY OF PHILADELPHIA
SAM SCAVUZZO, ESQUIRE
DEPARTMENT OF REVENUE                COPIES
1401 JFK BLVD, 5TH FL
PHILADELPHIA, PA 19102

COMMONWEALTH COURT OF PENNSYLVANIA
     OFFICE OF THE CHIEF CLERK
601 COMMONWEALTH AVENUE
SUITE 2100                           COPIES
PO BOX 69185
HARRISBURG, PA 17106-9185

Sincerely,

By: James Coppedge,
Prosona Sui Juris Sponte,
Without prejudice,
UCC 1-207.4/ 1-308, 3-419
All Rights are Explicitly Reserved.
Non Pro Tunc
Authorized Representative
Surety and Trustee for the Principle
Attorney-In-Fact,
c/o 52 Barkley Court
Dover, Delaware, Republic 19904
near [19904

# Form 1040-V

## Payment Voucher

Department of the Treasury
Internal Revenue Service

Do not staple or attach this voucher to your payment or return.
Go to *www.irs.gov/Payments* for payment options and information.

OMB No. 1545-0074

2022

| 1 Your social security number (SSN) if a joint return, SSN shown first on your return | 2 If a joint return. SSN shown second on your return | 3 Amount you are paying by check or money order. Make your check or money order payable to "United States Treasury" | $99,999.00 |
|---|---|---|---|
| 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 | | | |

| 4 Your first name and middle initial | | Last name | |
|---|---|---|---|
| JAMES | | COPPEDGE | |

| If a joint return, spouse's first name and middle initial | | Last name | |
|---|---|---|---|

| Home address (number and street) | Apt. no. | City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
|---|---|---|---|---|
| 52 BARKLEY COURT | | DOVER | DE | 19904 |

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

For Paperwork Reduction Act Notice, see your tax return instructions.

Cat. No. 20975C

E817617461/210342201

167 C.D. 2023

RETURN FOR SETTLEMENT

Accepted Authorized Agent

Signature

Date:   06/16/2023

Without Recourse

CERTIFIED MAIL #7020 1810 0001 6894 5211

James Coppedge, sui juris, living man
Secured Party on behalf of
JAMES COPPEDGE, DEBTOR© Ens legis
Mailing Address: 52 Barkley Ct                          Date: 06/15/2023
Dover, Delaware  [ 19904]

V.

IN THE COMMONWEALTH OF PA
CITY OF PHILA/SCHOOL DISTRICT OF PHILA          CASE No.: 167C.D.2023
V.JAMES COPPEDGE
1601ELMERTON AVE
HARRISBURG PA 17110
Private/Confidential/Exempt from Levy                   Paid-In-Full:
                                              AMOUNT: $99,999.00 assessment

STATE OF DELAWARE
                              ss:
COUNTY OF KENT

### AFFIDAVIT OF TRUTH

I, the undersigned, do affirm that I am over the age of 21, and of sound mind and body to the best of my knowledge and understanding the following is true and correct and not misleading under penalty of perjury.

NOTICE OF DEFAULT AND DISHONOR
SUBJECT: **BILL PAYMENT LETTER**
Private and Non-Negotiable between Parties

TO WHOM IT MAY CONCERN & CFO:

I am in receipt of the Court's Notice about a week ago. I lost it. Please send another. [Enclosed is an Attachment with MONEY ORDER and 1040-VPresentment.  The Amount is allegedly **for $99,999.00 USD, I BELIEVE** has been "PAID-IN-FULL" BUT if there be any unknown liens/judgments, therefrom they are to be discharged to my exemption. Please accept the tender of payment for value and credit the account which is required by law. [See attached MEMORANDUM OF LAW].  Your records are NOT actuate.  I have written to the COURT and discharged the debt through the DEPARTMENT OF THE TREASURY. I SHALL RETENDER THE ALLEGED DEBT WITHOUT CONTROVERSEY.

Moreover your demand notice for a payment is conditionally accepted for value and returned for value upon Proof of Claim under OATH  that this account has not been previously settled by

private negotiable instruments, pursuant to HJR-192 of June 05, 1933 in support of P.L. 73-10 (48) Stat. 112-113 in consideration of Article 1 Section 10 of the U.S. Constitution. Please respond to me in three (3) days, excluding the day of receipt and notify the Notary Witness named below. I don't owe the amount listed above. Failure to respond as stipulate shall indicate confession of error and that the account will be credited due to PAID-IN-FULL. Cancel BILL and issue a STATEMENT paid-in-full, pursuant to HJR-192. The Counterclaim is about $5 Million USD or as the Court deems appropriate for Double Book Entries.

Meanwhile, I am enclosing the Affidavit of Truth Presentment to process any future bills. Refusal to accept this payment on behalf of JAMES COPPEDGE will result in a violation of several different Laws listed in the rest of the letter and will be reportable to the IRS (using Form 3949A) and to the US Treasury. If your dispute this Affidavit of Truth, you must I demand that you rebut it by Affidavit within three (3) days, excluding the day of receipt. If you dispute this claim in part or in whole, failure to response as stipulated is your confession by silence that this debt and any future debt is accepted for value and discharged accordingly.

The following instructions in this letter will insure the proper discharge (payment) against the United States Treasury Trust Account # E81761746/210342201 for same said account number to obtain the full payment of this bill which has been authorized by me as the Agent and Representative of the above listed United States Treasury Trust Account.

NOTE:  This Letter and the Original Money Order are to be presented together to the Bank for their proper understanding of their requirement

This payment is to be accepted at banking institutions under the policy of the Federal Reserve and constitutes lawful tender.  This payment, via the Presentment and Money Order, as a true and recognized Bill of Exchange to release the proceeds amounts, fixtures and body according the Uniform Commercial Code 7-104 (b) and UCC 1-104, as they have been adopted in the States, and is in accordance with House Joint Resolution (HJR) 192 OF June 5th 1933 with these rights confirmed, without abrogation, by congressional act.

Be advised that I have processed my documentation to establish my account with the United States Treasury Department, which account is referenced by the US Treasury Trust Account  Initial Financing Statement # 2009 0491016/E81761746/210342201.  This Presentment and Money Order is to be engaged through your Banks's Treasury Tax and Loan (TT&I) account which is exclusively administered and controlled by the Technical Support Division of the IRS.  [This instrument is NOT a Treasury Security to be sent to the Bureau of Public Debt].  Or these instruments are to be sent to / received by: If mailed allow 45 days to be credited to the account:

**IRS Technical Support Division**
**c/o The Treasury UCC Contract Trust Department of the IRS**
**Department of the Treasury**
**1500 Pennsylvania Avenue, NW**
**Washington, D.C. 20220**
**Private and Non-Negotiable between Parties**

**WHEREFORE, please consider the above and act accordingly.**

Furthermore, I am the Surety for the Principal and the Authorized Representative of my Account with the DEPARTMENT OF THE TREASURY, my STRAWMAN'S NAME: JAMES COPPEDGE That I am not the ENTITY, DEBTOR: JAMES COPPEDGE. I am James Coppedge, the living man, and Secured Party Creditor.

Provide Proof of Claim that due to U.S. BANKRUPTCY of 1933, that this account is not a pre-paid account, pursuant to UCC 3-419 for the People. [See Attached Memorandum of Law]

Since there is no signature to validate the account by affidavit which account should be credited in accordance with the FAIR DEBT COLLECTION ACT, 15 USC § 1692, Freedom of Information Act 5 USCA § 552, Title 18 USC § 1702, 1708, 1341, 2510,2511, 2517, and UCC 3-603 and 3-604. That in other words, "if payment is unlawfully rejected in part or in whole, the BILL is discharged in full in consideration of the UNITED STATES CONSTITUTION ARTICLE 1, § 10." Finally, the Agent's failure to rebut this Affidavit of Truth within the time allowed, 3 days, excluding the day of receipt, its failure will serve as the Agent's confession to the above and below crimes because of Agent's failure to credit, due to the lack of Affidavit of Response, the account in addition to any criminal penalties the Law may impose. There must be a response by Affidavit to dispute this claim. A response by Affidavit point for point only will be accepted. Hence, if the rejection of the tender of payment according to Public Policy causing financial pain and suffering, distress and trespass, the Counterclaim shall be $5 Million USD and stands as truth in commerce due to the Agent's violations of HJR-192 and P.L. 73-10 (48) Stat. 112-113, in consideration of Article 1, § 10 of the U.S. CONSTITUTION. To this the Agent will have agreed by silence if not rebutted as stipulated **or unless the payment (discharge) is credited to the account in full which eliminates a potential complaint. If the account is credited, there will be no need to respond to the Notary Witness below. Otherwise, you must respond to the Notary Witness.**

Without Prejudice,

All rights are explicitly reserved.

By: James Coppedge, (J.D.) sui juris

Without prejudice or recourse.
Secured Party Creditor

cc: Joseph Golden, Jr. VP & CFO

this payment is made.  I expect a bill as a confirmation that the payment has been facilitated.

Thank you in advance for your assistance in this matter.

Under Reservation, Without prejudice
JAMES COPPEDGE, 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

By: _____
Authorized Agent

**Attachments:**    Bill Accepted for Value (**Original**)
Private Money Order (**Original**)
IRS Form 1040V (**Original**)
IRS Form 1099A (**Copy of Copy "C"**)
IRS Form 1099C (Copy of Copy "C")
IRS Form 56 (**Copy of 56 to IRS Comm.**)

**cc:** COMMONWEALTH OF PENNSYLVANIA
JAMES COPPEDGE

Form No. IRS-SETOFF-06CR22011623-JC

**8080**   ☐ VOID   ☐ CORRECTED

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>JAMES COPPEDGE<br>52 BARKLEY CT    (3637 N. 21 ST<br>DOVER, DE 19904    PHILA., PA<br>(302) 674-2535         19140) | OMB No. 1545-0877<br><br>**2021**<br>Form **1099-A** | **Acquisition or Abandonment of Secured Property** |
|---|---|---|
| LENDER'S TIN ~~2201~~ | BORROWER'S TIN | 1 Date of lender's acquisition or knowledge of abandonment<br>02/24/2023 | 2 Balance of principal outstanding<br>$ 6,738.54 | Copy A<br>For<br>Internal Revenue<br>Service Center |
| BORROWER's name<br>DEPARTMENT OF THE TREASURY<br>FEDERAL RESERVE BANKING SYSTEM | | 3 | 4 Fair market value of property<br>$ | File with Form 1096. |
| Street address (including apt. no.)<br>1500 PENNSYLVANIA AVE    NW | | 5 Check if the borrower was personally liable for repayment of the debt ▶ ☒ | For Privacy Act and Paperwork Reduction Act Notice, see the 2021 General Instructions for Certain Information Returns. |
| City or town, state or province, country, and ZIP or foreign postal code<br>WASHINGTON, D.C. 20220 | | 6 Description of property  WATER BILL: JAMES COPPEDGE PAY TO THE U.S. TREASURY-1040-V | |
| Account number (see instructions)<br>E81761746  [~~2201~~] | 057-88190-03637-001 | AND CHARGE THE SAME TO ACCT# 057-88190-03637-001 | |

Form **1099-A**    Cat. No. 14412G    www.irs.gov/Form1099A    Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

---

**8080**   ☐ VOID   ☐ CORRECTED

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>JAMES COPPEDGE<br>52 BARKLEY CT    (3739 N. 18th ST<br>DOVER, DE 19904    PHILA., PA<br>(302) 674-2535         19140) | OMB No. 1545-0877<br><br>**2021**<br>Form **1099-A** | **Acquisition or Abandonment of Secured Property** |
|---|---|---|
| LENDER'S TIN ~~2201~~ | BORROWER'S TIN | 1 Date of lender's acquisition or knowledge of abandonment<br>02/24/2023 | 2 Balance of principal outstanding<br>$ 14,983.27 | Copy A<br>For<br>Internal Revenue<br>Service Center |
| BORROWER's name<br>DEPARTMENT OF THE TREASURY<br>FEDERAL RESERVE BANKING SYSTEM | | 3 | 4 Fair market value of property<br>$ | File with Form 1096. |
| Street address (including apt. no.)<br>1500 PENNSYLVANIA AVE    NW | | 5 Check if the borrower was personally liable for repayment of the debt ▶ ☒ | For Privacy Act and Paperwork Reduction Act Notice, see the 2021 General Instructions for Certain Information Returns. |
| City or town, state or province, country, and ZIP or foreign postal code<br>WASHINGTON, D.C. 20220 | | 6 Description of property  WATER BILL: JAMES COPPEDGE 1040-V attached | |
| Account number (see instructions)<br>E81761746  [~~2201~~] | 057-88130-03739-001 | PAY TO THE U.S. TREASURY AND CHARGE SAME TO: ACCT#057-88130-039-001 | |

Form **1099-A**    Cat. No. 14412G    www.irs.gov/Form1099A    Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

---

**8080**   ☐ VOID   ☐ CORRECTED

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | OMB No. 1545-0877<br><br>**2021**<br>Form **1099-A** | **Acquisition or Abandonment of Secured Property** |
|---|---|---|
| LENDER'S TIN | BORROWER'S TIN | 1 Date of lender's acquisition or knowledge of abandonment<br>$ | 2 Balance of principal outstanding<br>$ | Copy A<br>For<br>Internal Revenue<br>Service Center |
| BORROWER's name | | 3 | 4 Fair market value of property<br>$ | File with Form 1096. |
| Street address (including apt. no.) | | 5 Check if the borrower was personally liable for repayment of the debt ▶ ☐ | For Privacy Act and Paperwork Reduction Act Notice, see the 2021 General Instructions for |
| City or town, state or province, country, and ZIP or foreign postal code | | 6 Description of property | |

VERIFICATION

I, the undersigned, certify and affirm that the foregoing is true and correct to the best of my knowledge and belief under oath and upon my unlimited commercial liability.

CERTIFICATE OF SERVICE

I, the undersigned, certify that a copy of the foregoing Notice of PAYMENT $11,806.51 FOR ACCT# 09902-84029 THROUGH IRS.  PAID-IN-FULL on this  31 day of  MARCH 2023 FOR CREDIT TO THE ACCOUNT , and served upon the following parties in the manner indicated below:
By Prepaid Mail:

IRS, Technical Support Division
c/o Treasury UCC Contract Trust
Department of the IRS                                                    originals
1500 Pennsylvania Avenue   N. W.
Washington, D.C. 20220


By: Prepaid regular US MAIL:
PECO
ATTN: LYNN R. ZACK, ESQ, ET AL                         COPIES.
2301 MARKET STREET
PHILADELPHIA, PA 19101-3778

UNITED STATES SUPERIOR COURT
FOR THE DISTRICT OF PENNSYLVANIA
530 WALNUT STREET # 315                                   COPIES
PHILADELPHIA, PA 19106


Sincerely,                          03/31/2023

**By:  James Coppedge,**
Prosona Sui Juris Sponte,
**Without prejudice,/OR**
**RECOURSE**
**UCC 1-207.4/ 1-308, 3-419**
**All Rights are Explicitly Reserved.**
**Non Pro Tunc**
**Authorized Representative**
**Surety and Trustee for the Principle**
**Attorney-In-Fact,**
**c/o 52 Barkley Court**
**Dover, Delaware, Republic**
**near [19904]**

VERIFICATION OF SERVICE

I, the undersigned, certify and affirm that the foregoing is true and correct to the best of my knowledge and belief under oath and upon my unlimited commercial liability.

CERTIFICATE OF SERVICE

I, the undersigned, certify that a copy of the foregoing Motion for Relief Rule 60b of all four (4) Water Debts and Real Estate Taxes and other taxes have been served for Discharged through Department of the Treasury on record and notice was served upon the following parties in the manner indicated below with active case number: 167 C.D. 2023

By: US PRIORITY MAIL:
IRS, TECHNICAL SUPPORT DIVISION
c/o TREASURY UCC CONTRACT TRUST DEPARTMENT OF THE IRS
DEPARTMENT OF THE TREASURY        WATER BILLS / Originals
1500 PENNSYLVANIA AVENUE  N.W.        June 17, 2022/03/30/2023
WASHINGTON, D.C. 20220        Money Order/1040-V, 1099-A

By: U.S. prepaid mail:
CITY OF PHILADELPHIA
SAM SCAVUZZO, ESQUIRE        COPIES
DEPARTMENT OF REVENUE
1401 JFK BLVD, 5TH FL
PHILADELPHIA, PA 19102

COMMONWEALTH COURT OF PENNSYLVANIA
        OFFICE OF THE CHIEF CLERK
601 COMMONWEALTH AVENUE
SUITE 2100        COPIES
PO BOX 69185
HARRISBURG, PA 17106-9185

Sincerely,        03/30/2023

By: James Coppedge,
Prosona Sui Juris Sponte,
Without prejudice,
UCC 1-207.4/ 1-308, 3-419
All Rights are Explicitly Reserved.
Non Pro Tunc
Authorized Representative
Surety and Trustee for the Principle
Attorney-In-Fact,
 c/o 52 Barkley Court
Dover, Delaware, Republic 19904
near [19904



CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE

REAL ESTATE TAXES
2023 BILL

Letter ID:          L0000354135
Property Billed:    3739 N 18TH ST
Property Owner:     COPPEDGE JAMES

COPPEDGE JAMES
PO BOX 4482
PHILADELPHIA PA  19140-0482

OPA Number:    131245800
Market Value:  $115,800.00
Taxable:       $115,800.00
Net Taxable:   $115,800.00

Questions? Preguntas?
Call (215) 686-6442 or email us at revenue@phila.gov
Monday - Friday, 8:30am - 5:00pm

This bill represents your current tax liability only. Additional amounts will accrue if payment is received after FRIDAY, MARCH 31, 2023. Only payment in full or a payment agreement will prevent enforcement action.

| | |
|---|---|
| Tax due before reductions: | $1,620.97 |
| REDUCTIONS: (See Note Below**) | |
| Total Reductions: | $0.00 |
| Overpayment from 2022 and/or prior years: | $0.00 |
| Pre Payment / Credits to the 2023 Tax: | $0.00 |
| **TAX DUE ON OR BEFORE FRIDAY, MARCH 31, 2023** | $1,620.97 |

TAX RATE:
City        6.317
School      7.681
Total      13.998
(Per $1000.00 of
Taxable Assessed
Value)

IMPORTANT: Additions imposed by law will accrue on the unpaid 2023 tax at the rate of 1.5% per month from April 1, 2023 through December 31, 2023. As of January 1, 2024, these additions will be added to the principal. After January 1, 2024 a lien fee, additional interest, penalties, and other charges will begin to accrue.

** NOTE: Accounts receiving discounts may be audited. If you are receiving discounts for which you are not entitled, you must call (215) 686-6442 to avoid fines and penalties.

✂ Please cut along the line and return the bottom portion with your payment.

| | |
|---|---|
| Amount to Pay: | $1,620.97 |
| Amount Enclosed: | |

To pay online with eCheck (FREE) or
credit card, visit tax-services.phila.gov.

Letter ID: L0000354135
Taxpayer: COPPEDGE JAMES
OPA Number: 131245800
Account: Real Estate Tax 01-000116615
Bill Item 001

MAKE CHECKS PAYABLE TO: CITY OF PHILADELPHIA
Philadelphia Dept. of Revenue
P.O. Box 8409
Philadelphia, PA 19105

3339900000020000000000100928860001620970000000000000000000003



CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE

**REAL ESTATE TAXES**
**2023 BILL**

Letter ID:              L0000337658
Property Billed:        2113 W ERIE AVE
Property Owner:         COPPEDGE JAMES

COPPEDGE JAMES
PO BOX 4482
PHILADELPHIA PA  19140-0482

OPA Number:             131066400
Market Value:           $90,000.00
Taxable:                $90,000.00
Net Taxable:            $90,000.00

Questions? Preguntas?
Call (215) 686-6442 or email us at revenue@phila.gov
Monday - Friday, 8:30am - 5:00pm

This bill represents your current tax liability only. Additional amounts will accrue
if payment is received after FRIDAY, MARCH 31, 2023. Only payment in full or
a payment agreement will prevent enforcement action.

Tax due before reductions:                          $1,259.82
REDUCTIONS: (See Note Below**)

| TAX RATE: |
|---|
| City      6.317 |
| School    7.681 |
| Total    13.998 |
| (Per $1000.00 of |
| Taxable Assessed |
| Value) |

Total Reductions:                                   $0.00

Overpayment from 2022 and/or prior years:           $0.00
Pre Payment / Credits to the 2023 Tax:              $0.00

TAX DUE ON OR BEFORE FRIDAY, MARCH 31, 2023        $1,259.82

IMPORTANT: Additions imposed by law will accrue on the unpaid 2023 tax at the rate of 1.5% per month from April 1, 2023
through December 31, 2023. As of January 1, 2024, these additions will be added to the principal. After January 1, 2024 a lien
fee, additional interest, penalties, and other charges will begin to accrue.

** NOTE: Accounts receiving discounts may be audited. If you are receiving discounts for which you are
not entitled, you must call (215) 686-6442 to avoid fines and penalties.

Please cut along the line and return the bottom portion with your payment.

| Amount to Pay: | $1,259.82 |
|---|---|
| Amount Enclosed: | |

To pay online with eCheck (FREE) or
credit card, visit tax-services.phila.gov.

Letter ID: L0000337658
Taxpayer: COPPEDGE JAMES
OPA Number: 131066400
Account: Real Estate Tax 01-000115238
Bill Item 001

MAKE CHECKS PAYABLE TO: CITY OF PHILADELPHIA
Philadelphia Dept. of Revenue
P.O. Box 8409
Philadelphia, PA 19105

3339900000002C00000000000152899880001259820000000000000000000000008

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
James Coppedge & (215) 913-1485

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

> CITY OF PHILADELPHIA/DEPT OF REVENUE
> ATTN: JAMES J. ZWOLAK, DIVISIONAL DEPUTY
> CITY SOLICITOR, For the City of Philadelphia
> 1401 JFK BLVD, 5th FL  TAX UNIT
> PHILADELPHIA, PA 19102

Delaware Department of State
U.C.C. Filing Section
Filed: 01:51 PM 06/09/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 4484615
Service Request No:  20212398665

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
2009 0491016

This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the ☑ REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| DEPARTMENT OF THE TREASURY FINANCIAL MANAGEMENT SERVICES | | | |
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 1686 | BIRMINGHAM | AL | 35201-1686 | USA |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE: ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| Not Applicable | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

This is an actual constructive public notice of a partial release assignment of Financing Statement # 2009 0491016 on behalf of JAMES COPPEDGE, Address: 2113 W. ERIE AVENUE, PHILADELPHIA, PA 19140, to pay the sum certain for (1) MUNCIPAL TAX LIENS in the Amount of $59,600.00 (Fifty-Nine Thousand, Six Hundred Dollars and Zero Cents), Deposit to the UNITED STATES TREASURY as an asset. (2) Delinquent Real Estate Tax Liability: ENTITY: BRT / 131066400, ACCOUNT ID: 1000115238: REAL ESTATE TAX: $11,515.55 (Eleven Thousand, Five Hundred Fifty Dollars and Fifty-Five Cents And Charge the Same to the CITY OF PHILADELPHIA, DEPARTMENT OF REVENUE for Order Number: LTS3946878, Client Number : 138150, CASE ID: 2003T0020
The Sum Total Certain = $71,115.55 (Seventy-One Thousand, One Hundred Fifteen Dollars and Fifty-Five Cents). The DEBT is Accepted for Value and Returned for Value, pursuant to HJR-192 in consideration of US CONST. ART. 1 SEC 10.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Coppedge | James | (NMI) | |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
James Coppedge & (215) 913-1485

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

CITY OF PHILADELPHIA/DEPT OF REVENUE
ATTN: JAMES J. ZWOLAK, DIVISIONAL DEPUTY
CITY SOLICITOR, For the City of Philadelphia
1401 JFK BLVD, 5th FL  TAX UNIT
PHILADELPHIA, PA 19102

Delaware Department of State
U.C.C. Filing Section
Filed: 01:51 PM 06/09/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 4484615
Service Request No: 20212398665

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2009 0491016

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☑ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| DEPARTMENT OF THE TREASURY FINANCIAL MANAGEMENT SERVICES | | | |
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 1686 | BIRMINGHAM | AL | 35201-1686 | USA |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE: ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| Not Applicable | | | | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

This is an actual constructive public notice of a partial release assignment of Financing Statement # 2009 0491016 on behalf of JAMES COPPEDGE, Address: 2113 W. ERIE AVENUE, PHILADELPHIA, PA 19140, to pay the sum certain for (1) MUNCIPAL TAX LIENS in the Amount of $59,600.00 (Fifty-Nine Thousand, Six Hundred Dollars and Zero Cents), Deposit to the UNITED STATES TREASURY as an asset.  (2) Delinquent Real Estate Tax Liability: ENTITY: BRT / 131066400, ACCOUNT ID: 1000115238: REAL ESTATE TAX:  $11,515.55 (Eleven Thousand, Five Hundred Fifty Dollars and Fifty-Five Cents) And Charge the Same to the CITY OF PHILADELPHIA,  DEPARTMENT OF REVENUE for Order Number: LTS3946878, Client Number : 138150, CASE ID: 2003T0020
The Sum Total Certain = $71,115.55 (Seventy-One Thousand, One Hundred Fifteen Dollars and Fifty-Five Cents). The DEBT is Accepted for Value and Returned for Value, pursuant to HJR-192 in consideration of US CONST. ART. 1 SEC 10.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment).  If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Coppedge | James | (NMI) | |

**10. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

2

Thank you in advance for your assistance in this matter.

Under Reservation,
JAMES COPPEDGE  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

By: _____

Authorized Agent
Without prejudice, or Recourse
UCC 1-207.4/1-308, 3-419

**Attachments:**     Bill Accepted for Value (**Original**)
                     Private Money Order (**Original**)
                     IRS Form 1040V (**Original**)
                     IRS Form 1099A (**Copy of Copy "C"**)
                     IRS Form 56 (**Copy of 56 to IRS Comm.**)

**cc:**

CITY OF PHILADELPHIA                           COPIES
DEPARTMENT OF REVENUE
REAL ESTATE TAX DIVISION                                      CASE ID: 220102380
ATTN: SAM SCAVUZZO, ESQ., et al
ASSISTANT CITY SOLICITOR                                     Water and Sewer Rents Tax
MUNICIPAL SERVICES BUILDING
1401 JFK BLVD, 5TH FLOOR
PHILADELPHIA, PA 19102

**U.S. DISTRICT COURT,**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**      **COPIES**      **Appeal: CA No.: 22-cv-679(JMY)**
**ATTN: CLERK OF COURT**                                               **Date: 02/28/2022**
**601 MARKET ST, FIRST FLOOR**
**PHILADELPHIA, PA 19106**

 FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS-TRAIL DIVISION             COPIES
OFFICE OF JUDICIAL RECORDS
284 CITY HALL
PHILADELPHIA, PA 19107
FOR :
**CITY OF PHILADELPHIA**
**AND THE SCHOOL DISTRICT OF PHILADELPHIA**

Form No. IRS-SETOFF-03-18-22 CR 2201-JC

Registered Mail No. RR 853 530 130 US

**To:**
IRS, Technical Support Division
c/o The Treasury UCC Contract Trust Department of the IRS
Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

**From:**                                                     Date: 02/28/2022
**JAMES COPPEDGE**
**52 BARKLEY CT**
**DOVER, DELAWARE 19904 In Re:**
Payment and Setoff
UCC Contract Trust Account 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
Private Offset Account 210342201
EIN: 210342201

REAL ESTATE TAX SET-OFF(PAID-IN-FULL)

Attention Agent:

Please find enclosed payment for settlement and closure of Account **ID#: 131294700**; Address:
**3637 N. 21ST** Philadelphia, Pennsylvania 19140 held by CITY OF PHILADELPHIA Please send this
payment to same said vendor at the following business location:

CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE
P.O. BOX 148
PHILA. PA 19105-0148

CITY OF PHILADELPHIA'S bill is Accepted for Value and Returned for Settlement (See enclosed
Money Order and IRS Form 1040V). I am the Creditor/Owner of the Treasury Offset Account accessed
by the IRS and FMS, Inc. I am requiring the IRS to pay this bill in full and with full disclosure and that
my contact information and the vendors account be forwarded, along with this payment, for proper
reconciliation.

Please have the DEPARTMENT OF THE TREASURY issue a check to "CITY OF PHILADELPHIA" in the
sum certain amount of **$18,600.49** (Eighteen Thousand, Six Hundred Dollars and Forty-Nine Cents)
Address: **3637 N. 21st Street,** Philadelphia, Pennsylvania 19140 as an estimate with the true bill
amount to be determined by the Internal Revenue Service and within a reasonable time frame and that
the Internal Revenue Service notice vendor, in writing, the account for which this payment is made. I
expect a bill as a confirmation that the payment has been facilitated.

Thank you in advance for your assistance in this matter.

Under Reservation,
JAMES COPPEDGE, SSN: 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

By:
Authorized Agent/WO/P. UCC 1-308,ARR

**Attachments:**    Bill Accepted for Value (**Original**)
                    Private Money Order (**Original**)
                    IRS Form 1040V (**Original**)
                    IRS Form 1099A (**Copy of Copy "C"**)
                    IRS Form 56 (**Copy of 56 to IRS Comm.**)
**cc:** CITY OF PHILADELPHIA: JAMES COPPEDGE- Form No.: IRS SETOFF-022822CR0023 JC

IRS DEBT PAYOFF
By: Priority US PREPAID Mail
UCC 1 # 2009 0491016, (2018) Delaware

**To:**
IRS, Technical Support Division
c/o Treasury UCC Contract Trust
Department of the I.R.S.
1500 Pennsylvania Avenue N.W.
Washington, D.C. 20220                                          DATE: 02/23/2022
**From:**
**JAMES COPPEDGE**
**3739 N. 18TH STREET**
**PHILADELPHIA, PA 19140:**
Payment and Setoff
UCC Contract Trust Account 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
Private Offset Account 210342201

Attention:  JUDGE COYLE:

Please find enclosed payment for settlement and closure of Account: 13124800/Dated 01/26/2022 held by CITY OF PHILADELPHIA , DEPARTMENT OF REVENUE,REAL ESTATE TAX UNIT for the STATE OF PENNSYLVANIA.  Please send this payment to same said vendor at the following business location:

CITY OF PHILADELPHIA
ATTN: HONORABLE  JUDGE ANNE MARIE COYLE
STEVEN A. WAKEFIELD, ESQ. Attorney for the CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE
WATER REVENUE BUREAU
MUNICIPAL SERVICES BLVD                                         TAX
1401 J.F.K. BLVD
PHILADELPHIA, PA 19102
EIN# 21-0342201

CITY OF PHILADELPHIA, DEPARTMENT OF REVENUE: REAL ESTATE TAX BALANCE-PAID-IN-FULL for the STATE OF PENNSYLVANIA. Bill for the property location: **3739 N. 18th STREET**, PHILADELPHIA, PA 19140, Account # **131245800**,  is Accepted for Value and Returned for Settlement (See enclosed Money Order and IRS Form 1040V). I am the Creditor/Owner of the Treasury Offset Account accessed by the IRS.  I am requiring the IRS to pay this bill in full and with full disclosure and that my contact information and the vendors account be forwarded, along with this payment, for proper reconciliation.

Please have the DEPARTMENT OF THE TREASURY issue a check to "CITY OF PHILADELPHIA, DEPARTMENT OF REVENUE, REAL ESTATE TAX BALANCE-PAID-IN-FULL for the STATE OF PENNSYLVANIA. " in the sum certain amount **of $20,731.66** as an estimate with the true bill amount to be determined by the Internal Revenue Service and within a reasonable time frame and that the Internal Revenue Service notice vendor, in writing, the account for which this payment is made.  I expect a bill as a confirmation that the payment has been facilitated.

Thank you in advance for your assistance in this matter.

Under Reservation, Without Prejudice
JAMES COPPEDGE, 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

By:
    Authorized Agent

**Attachments:**   Bill Accepted for Value (**Original**), Private Money Order (**Original**), IRS Form 1040V (**Original**)
                   IRS Form 1099A (**Copy of Copy "C"**)
                   IRS Form 56 (**Copy of 56 to IRS Comm.**)
**cc:** by CITY OF PHILADELPHIA , DEPARTMENT OF REVENUE, REAL ESTATE TAX BALANCE-PAID-IN-FULL for the STATE OF PENNSYLVANIA  James Coppedge, Authorized Representative for JAMES COPPEDGE, Debtor Form No. IRS-SETOFF-HJR-192

IRS DEBT PAYOFF
Registered Mail TRACKING No. RR 853 530 130 US

**To: IRS, Technical Support Division**
**c/o Treasury UCC Contract Trust**
**Internal Revenue Service**
**1500 Pennsylvania Avenue  N.W.**          Date: 03/17/2022
**Washington, D.C. 20220**

**From:**
**JAMES COPPEDGE**
**52 BARKLEY COURT**
**DOVER, DELAWARE  19904**
                                            **CASE ID#: 220102380**

**In Re:**
Payment and Setoff
UCC Contract Trust Account 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          SCE Fees
Private Offset Account 210342201

Attention Agent:

Please find enclosed payment for settlement and discharge of CITY OF PHILADELPHIA held by CITY OF PHILADELPHIA, DEPARTMENT OF REVENUE, REAL ESTATE TAX DIVISION, PHILADELPHIA COUNTY for the STATE OF PENNSYLVANIA.  Please send this payment to same said vendor at the following business location:

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS-TRAIL DIVISION
OFFICE OF JUDICIAL RECORDS
284 CITY HALL
PHILADELPHIA, PA 19107

EIN# 210342201
Exemption: E81761746
UCC 1 # 2009 0491016

As owner of the property, the payment is for the following properties: Dated NOVEMBER 15, 2021

3742 N. 18th St. SCI # 1200009751  BRT# 131253200, Amount Total Due: $9,439.34
3637 N. 21st St. SCI # 1200009806  BRT# 131294700, Amount Total Due: $2,874.00
Amount Total Due: **$12,313.34** - the bills are Accepted for Value and Returned for Settlement (See enclosed Money Order and IRS Form 1040V, 1099-A).  I am the Creditor/Owner of the Treasury Offset Account accessed by the IRS and FMS, Inc. I am requiring the IRS to pay this bill in full and with full disclosure and that my contact information and the vendors account be forwarded, along with this payment, for proper reconciliation. Total Amount Due: **$12,313.34**[ See Attachments]

Please have the DEPARTMENT OF THE TREASURY issue a check to "CITY OF PHILADELPHIA" in the sum certain amount of **$12,313.34** as an estimate with the true bill amount to be determined by the Internal Revenue Service and within a reasonable time frame and that the Internal Revenue Service notice vendor, in writing, the account for which this payment is made. I expect a bill as a confirmation that the payment has been facilitated.

1

Thank you in advance for your assistance in this matter.

Under Reservation,
JAMES COPPEDGE   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

By: _____,
     Authorized Agent
Without prejudice, or Recourse
UCC 1-207.4/1-308, 3-419

**Attachments:**   Bill Accepted for Value (**Original**)
                   Private Money Order (**Original**)
                   IRS Form 1040V (**Original**)
                   IRS Form 1099A (**Copy of Copy "C"**)
                   IRS Form 56 (**Copy of 56 to IRS Comm.**)

**cc:**

CITY OF PHILADELPHIA                          COPIES
DEPARTMENT OF REVENUE
REAL ESTATE TAX DIVISION                                    CASE ID: 220102380
ATTN: SAM SCAVUZZO, ESQ., et al
ASSISTANT CITY SOLICITOR                                    SEC Fee
MUNICIPAL SERVICES BUILDING
1401 JFK BLVD, 5TH FLOOR
PHILADELPHIA, PA 19102

**U.S. DISTRICT COURT,**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**     **COPIES**      **Appeal: CA No.: 22-cv-679(JMY)**
**ATTN: CLERK OF COURT**                                               **Date: 02/28/2022**
**601 MARKET ST, FIRST FLOOR**
**PHILADELPHIA, PA 19106**

 FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS-TRAIL DIVISION            COPIES
OFFICE OF JUDICIAL RECORDS
284 CITY HALL
PHILADELPHIA, PA 19107
FOR :
**CITY OF PHILADELPHIA**
**AND THE SCHOOL DISTRICT OF PHILADELPHIA**


Form No. IRS-SETOFF-03-18-22 CR 2201-JC

2

IRS DEBT PAYOFF
By: Priority US PREPAID Mail
UCC 1 # 2009 0491016, (2018) Delaware

**To:**
IRS, Technical Support Division
c/o Treasury UCC Contract Trust
Department of the I.R.S.
1500 Pennsylvania Avenue N.W.
Washington, D.C. 20220                                      DATE: 02/23/2022
**From:**
**JAMES COPPEDGE**
**2113 W. ERIE AVENUE**
**PHILADELPHIA, PA 19140:**
Payment and Setoff
UCC Contract Trust Account 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
Private Offset Account 210342201

Attention:  JUDGE PAULA PATRICK:

Please find enclosed payment for settlement and closure of Court Account/Case No. 131066400-Dated
02/23/2022 for Property Location:  2113 W. ERIE AVENUE PHILADELPHIA, PA 19140 held by CITY OF
PHILADELPHIA , DEPARTMENT OF REVENUE, REAL ESTATE TAX –PAID-IN-FULL for the STATE OF PENNSYLVANIA.
Please send this payment to same said vendor at the following business location:

CITY OF PHILADELPHIA
ATTN: HONORABLE JUDGE PAULA PATRICK
STEVEN A. WAKEFIELD, ESQ. Attorney for the CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE
REAL ESTATE TAX UNIT/LAW DEPT
MUNICIPAL SERVICES BLVD, 5TH FL
1401 J.F.K. BLVD                                   CEASE AND DESIST SHERIFF SALE
PHILADELPHIA, PA 19102
EIN# 21-0342201

CITY OF PHILADELPHIA, DEPARTMENT OF REVENUE: REAL ESTATE TAX BALANCE-PAID-IN-FULL for the
STATE OF PENNSYLVANIA. Bill for the property location: 2113 W. ERIE AVENUE, PHILADELPHIA, PA 19140, Account
# 13066400, is Accepted for Value and Returned for Settlement (See enclosed Money Order and IRS Form 1040V). I
am the Creditor/Owner of the Treasury Offset Account accessed by the IRS. I am requiring the IRS to pay this bill in
full and with full disclosure and that my contact information and the vendors account be forwarded, along with this
payment, for proper reconciliation.

Please have the DEPARTMENT OF THE TREASURY issue a check to "CITY OF PHILADELPHIA, DEPARTMENT
OF REVENUE, REAL ESTATE TAX BALANCE-PAID-IN-FULL for the STATE OF PENNSYLVANIA. " in the sum certain
amount of $16,072.24 as an estimate with the true bill amount to be determined by the Internal Revenue Service
and within a reasonable time frame and that the Internal Revenue Service notice vendor, in writing, the account for
which this payment is made. I expect a bill as a confirmation that the payment has been facilitated.

Thank you in advance for your assistance in this matter.

Under Reservation, Without Prejudice
JAMES COPPEDGE, 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

By:
Authorized Agent

**Attachments:**   Bill Accepted for Value (**Original**), Private Money Order (**Original**), IRS Form 1040V (**Original**)
                 IRS Form 1099A (**Copy of Copy "C"**),  IRS Form 56 (**Copy of 56 to IRS Comm.**)
**cc:**  by CITY OF PHILADELPHIA , DEPARTMENT OF REVENUE, REAL ESTATE TAX BALANCE-PAID-IN-FULL for the STATE OF
PENNSYLVANIA  James Coppedge, Authorized Representative for JAMES COPPEDGE, Debtor Form No. IRS-SETOFF-HJR-192

### 3  Verified Notice of Tender of Payment:
### A NOTARY PRESENTMENT

**Date of Notice:** August 16, 2022          `]I don't owe any money]`

© James Coppedge, acting as Acceptance Agents for JAMES COPPEDGE, DEBTOR ©
Ens legis

c/o Office Address: 52 Barkley Court, De-Jure, Dover, Delaware [19904]

All rights in commerce are explicitly under reserve without recourse.

**TO WHOM IT MAY CONCERN/CFO FOR CITY OF PHILADELPHIA/DEPARTMENT
OF REVENUE, LAW DEPARTMENT**                    **Date: 08/16/2022**

The **MONEY ORDER** and Form 1040-V with **COUPON AND PRESENTMENT** were
Mailed for Processing to:
CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE
WATER REVENUE BUREAU
P.O. BOX 41496
PHILADELPHIA, PA 19101-1496
Dear Agent/CFO:

In Reference to Tender of Payment Due.

**FOR THE FOLLOWING ADDRESSES AND ACCOUNT NUMBERS DEBTS ARE
PAID-IN-FULL. (See Exhibits)**

| Address | Zip | Account Number | Amount | Order |
|---|---|---|---|---|
| 3742 N. 18th Street | 19140 | 057-88130-03742-001 | $5,075.34 | ORDER: 07/26/22 |
| 3739 N. 18th Street | 19140 | 057-88130-03739-001 | $13,507.67 | ORDER: 07/26/22 |
| 3637 N. 21st Street | 19140 | 057-88190-03637-001 | $3,421.14 | ORDER: 12/24/21 |
| 2113 W. Erie Avenue | 19140 | 057-32000-02113-001 | $2,258.13 | ORDER: 08/05/22 |
| 2113 W. Erie Avenue | 19140 | 057-32000-02113-001 | $2,270.72 | ORDER : 08/25/22 |

**Reference: JAMES COPPEDGE, SSN: 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.**  This payment is in dispute as it was
previously settled by private negotiable debt instruments.  Please check the record. This
request for another tender of payment is conditionally accepted for value and returned for
the assessed value for settlement, discharge and credit to the accounts for closure of
payments to the accounts with prejudice.

Pursuant to PA Rule UCC 3-603 and 3-604, and its Consolidated Statutes UNIFORM
COMMERCIAL CODE concerning discharge of debts, and in consideration of the
UNITED STATES CONSTITUTION, ARTICLE 1, § 10, (1933 Suspended Due to U.S.
BANKRUPTCY),   which debts  are now Accepted and Returned for the Assessed Value,

for Settlement and Closure of the Accounting, order issued on the above dates instructing the DEBTOR to pay the debt as indicated above to the CITY OF PHILADELPHIA and in accord with current Public Policy at House Joint Resolution 192 passed by the 73rd Congress of the United States 1 Session on June 5, 1933, hereinafter referred to as "HJR-192" with said Resolution having never been repelled and still being in full force and effect, and in accord with both the UNIFORM COMMERCIAL CODE and the Pennsylvania Consolidated Statutes UNIFORM COMMERCIAL CODE concerning discharge of debts, and in consideration of the UNITED STATES CONSTITUTION, ARTICLE 1, § 10, (Suspended Due to U.S. BANKRUPTCY),  the Acceptance Agents named above acting in good faith, with clean hands and at arm's length, is hereby and herein are accepting and returning the assessed value for tendering payment of the above debts in the amounts indicated above without controversy.  In full compliance and full satisfaction of said order, issued and due on the above dates instructing DEBTOR  to TENDER PAYMENT of the DEBT.  Inasmuch as no lawful money of account exist in circulation, and pursuant current Public Policy "HJR-192" DEBTOR have no money-at-law with which to pay a debt, which is also an impossibility.  As a result of the fact that the Accepted Agent is authorized to tender the payment, pursuant to the above lawful Public Agency for UNITED STATES CURENCY, the payment is Tendered by a Negotiable Debt Instrument, pursuant to the UNIFORM COMMERCIAL CODE in Article 3. Part 6, Section 3-603, and the Pennsylvania Consolidated Status Title 13 UNIFORM COMMERCIAL CODE in §3-603, and § 3-604, Tender of payment and discharge in order to be in compliance with the CITY'S ORDER FOR PAYMENT DUE on  Dates indicated above, instructing the DEBTOR to tender payments of debt.

As you will note, pursuant to the UNIFORM COMMERCIAL CODE in Article 3, Part 1, Section 3-104 and the Pennsylvania Consolidated Statutes Title 13 UNIFORM COMMERICAL CODE in §3-104, §3-106, the attached PROMISSORY NOTE/MONEY ORDER WITH IRS FORM 1040-V are Negotiable Instruments and clearly satisfy the requirements to SETTLEMENT  THE ACCOUNTINGS FOR VALUE .  The said PRESENTMENTS, MONEY ORDERS AND 1040-V with COUPON FOR DISCHARGE OF DEBT ONLY with Presentment COUPON and 1040-V are being issued in good faith, and with clean hands at arm's length, and is not a dishonor of said ORDER.

### CEASE AND DESIST SHUT-OFFS PENDING DISCHARGE OF THE ACCOUNTS BY LAW OF PUBLIC POLICY

If this settlement claim is disputed in part or in whole, please rebut by affidavit point for point in three (3) days, excluding the day of receipt, per Truth in Lending Act. If there is no dispute as stipulated, then credit the accounts for settlement which stands as truth in commerce without recourse.

Please send me a signed receipt acknowledging receipt of  payment-in full to the above address. Thank you!

Verification:  I declare under penalty of perjury under the laws of the U.S.A. that the foregoing is true and correct to the best of my knowledge and unlimited commercial

Verification: I declare under penalty of perjury under the laws of the U.S.A. that the foregoing is true and correct to the best of my knowledge and unlimited commercial liability: Executed on this 16 day of AUGUST, A.D. 2022, this Negotiable Debt Instrument in the form of Presentments, Money Orders and 1040-Vs to the UNITED STATES TREASURY and credit to the above name and account numbers being due and payable on signed in blue ink dated AUGUST ,2022 in the amounts indicated above and payable or after AUGUST 15, A.D. 2022 c/o  52 Barkley Court, De-Jure Dover, Delaware near [10004].

Without Prejudice or Recourse

By:  James Coppedge, Without prejudice or recourse, UCC3-419,3-415,1-301, 3-301, 1-308,
Acceptance Agent DulyAuthorized
For JAMES COPPEDGE, DEBT
© Ens legis 52 BARKLEY CT
DOVER, DELAWARE [19904]

## ACKNOWLEDGEMENT

As a Notary Public for said County and State, I do hereby certify that on this _____ day of August, A.D. 2022 the above mentioned James Coppedge appeared before me and executed the foregoing. I therefore, witness my hand and seal

_____ (seal)
Notary Public

My Commission expires: _____

ANTHONY MCPOYLE
MY COMMISSION EXPIRES
NOTARY
PUBLIC
06/08/2025
STATE OF DELAWARE

ON THIS ___ DAY OF _____ 20__
_____ APPEARED
_____ A ___ ME _____
NOTARY PUBLIC FOR THE STATE OF DELAWARE.
COUNTY OF KENT

3

2

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
JAMES COPPEDGE

B. E-MAIL CONTACT AT FILER (optional)
leojames52@gmail.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE/LAW DEPT
WATER REVENUE BUREAU (TAX)
1401 JFK BLVD, 5TH FL
PHILADELPHIA, PA 19102
```

Delaware Department of State
U.C.C. Filing Section
Filed: 09:55 AM 05/26/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 4083474
Service Request No: 20212102479

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
2009 0491016

1b. ☑ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
File: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

6. ☐ PARTY INFORMATION CHANGE:
Check one of these two boxes:
This Change affects ☐ Debtor or ☐ Secured Party of record
AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change — provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change — provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
7a. ORGANIZATION'S NAME
DEPARTMENT OF THE TREASURY, FINANCIAL MANAGEMENT SERVICES

OR 7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
P.O. BOX 1686 | BIRMINGHAM | AL | 35201-1686 | USA

8. ☑ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☑ ASSIGN collateral
Indicate collateral:
This is an actual constructive notice of a partial release of a BILL, accepted for value and returned for value: Payable to the United States Treasury in the sum certain of : $2,812.99 (Two Thousand, Eight Hundred Twelve Dollars and Ninety-Nine Cents) and Charge the Same to : CITY OF PHILADELPHIA, WATER REVENUE BUREAU, Account No. 057-88130-03742-001 from an assignment of /Financial Statement: #2009 0491016 on behalf of COPPEDGE, JAMES: Address: 3742 N. 18th Street, PHILADELPHIA, PA 19140. Pay CITY OF PHILA. WRB$2 ,812 . 9 Dated: 03/26/21, pursuant to HJR-192 of June 5, 1933, UCC 1-103.6, 1-308

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment) If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
9a. ORGANIZATION'S NAME

OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX
Coppedge | James

10. OPTIONAL FILER REFERENCE DATA

International Association of Commercial Administrators

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

James Coppedge & (215) 913-1485

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
P.O. BOX 1686
BIRMINGHAM, AL 35201-1686

Delaware Department of State
U.C.C. Filing Section
Filed: 02:56 PM 10/31/2019
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2019 7648442
Service Request No: 20197845909

1a. INITIAL FINANCING STATEMENT FILE #

2009 0491016

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

2. ☐ TERMINATION. Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☑ ASSIGNMENT (full or partial). Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION

7a. ORGANIZATION'S NAME

DEPARTMENT OF THE TREASURY FINANCIAL MANAGEMENT SERVICES

OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS

P.O. BOX 1686 | CITY BIRMINGHAM | STATE AL | POSTAL CODE 35201-1686 | COUNTRY USA

7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR: Not Applicable | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added or give entire ☐ restated collateral description or describe collateral ☑ assigned

This presentment is an constructive public notice of a partial assignment of Financing Statement #2009 0491016 AMENDMENT (con'd) for JAMES COPPEDGE of the sum certain amount of Five Thousand, One Hundred Fifty-Seven Dollars and Fifty-Six Cents : S5,157.56 to be Deposited at the DEPARTMENT OF THE TREASURY as an asset.

1. PAY TO THE DEPARTMENT OF THE TREASURY the sum certain of : S5,157.56.

2. And Charge the Same to the DEPARTMENT OF REVENUE, WATER REVENUE BUREAU, PHILADELPHIA, PA 19102 FOR /SEWER & STORM WATER BILL FOR PROPERTY OF COPPEDGE, JAMES OF 3739 N. 18TH STREET, PHILADELPHIA, PA 19140;  ACCOUNT# 057-88130-03739-001 as indicated by partial release.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME

OR 9b. INDIVIDUAL'S LAST NAME

Coppedge | FIRST NAME James | MIDDLE NAME (NMI) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS.

A. NAME & PHONE OF CONTACT AT FILER (optional)
**JAMES COPPEDGE**

B. E-MAIL CONTACT AT FILER (optional)
leojames52@gmail.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
CITY OF PHILADELPHIA
DEPARTMENT OF REVENUE/LAW DEPT
WATER REVENUE BUREAU (TAX)
1401 JFK BLVD, 5TH FL
PHILADELPHIA, PA 19102
```

Delaware Department of State
U.C.C. Filing Section
Filed: 10:17 AM 05/26/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 4084050
Service Request No: 20212103792

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**2009 0491016**

1b. ☑ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum [Form UCC3Ad] and provide Debtor's name in item 13

2. ☐ **TERMINATION**: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION**: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes: AND Check one of these three boxes to:
This Change affects ☐ Debtor or ☐ Secured Party of record
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION**: Complete for Party Information Change - provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. **CHANGED OR ADDED INFORMATION**: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

7a. ORGANIZATION'S NAME
**DEPARTMENT OF THE TREASURY, FINANCIAL MANAGEMENT SERVICES**

OR 7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 1686 | BIRMINGHAM | AL | 35201-1686 | USA |

8. ☑ **COLLATERAL CHANGE**: Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☑ ASSIGN collateral

Indicate collateral:

This is an actual constructive notice of a partial release of a BILL accepted for value and returned for value: Payable to the United States Treasury in the sum certain of : $1,737.32 (One Thousand Seven Hundred Thirty-Seven Dollars and Thirty-Two Cents) and Charge the Same to : CITY OF PHILADELPHIA, WATER REVENUE BUREAU, Account No. 057-32000-02113-0010004 from an assignment of /Financial Statement: #2009 0491016 on behalf of COPPEDGE, JAMES; Address: 2113 W. ERIE AVENUE, PHILADELPHIA, PA 19140. Pay CITY OF PHILA. WRB: $1,737.32 Dated: 03/26/21, pursuant to HJR-192 of June 5, 1933, UCC 1-103,6, 1-308;

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME

OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX
Coppedge | James

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)
leojames52@gmail.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

```
JAMES COPPEDGE
52 BARKLEY COURT
DOVER, DELAWARE [19904]
```

Delaware Department of State
U.C.C. Filing Section
Filed: 02:01 PM 06/09/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 4485208
Service Request No: 20212398905

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**2009 0491016**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

1b. ☑ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Fill: photo Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

3. ☑ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:
Check one of these two boxes:
This Change affects ☐ Debtor or ☐ Secured Party of record

AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change — provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S SURNAME

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change — provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
7a. ORGANIZATION'S NAME
**DEPARTMENT OF THE TREASURY, FINANCIAL MANAGEMENT SERVICES**

OR 7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)

7c. MAILING ADDRESS
**P.O. BOX 1686**   CITY **BIRMINGHAM**   STATE **AL**   POSTAL CODE **35201-1686**   COUNTRY **USA**

8. ☑ COLLATERAL CHANGE: Add collateral ☐ Delete collateral ☐ Restate covered collateral ☑ Assign collateral
This is an actural constructive public notice of a partial release assignment of Financing Statement# 2009 0491016 for $50,000.00 (Fifty-Thousand Dollars and Zero Cents), Deposit to the UNITED STATES TREASURY as an asset. And charge the same to Nationstar Mortgage LLC, Mortgage Doc# 52684801, Assignee's Addr: 350 Highland Drive, Lewisville, TX 75067. This DEBT is Accepted and Returned for Value, pursuant to HJR-192 in consideration of US CONST. ART.1 SEC 10 for release of LIEN.

JAMES COPPEDGE, ADDRESS: 2113 W. ERIE AVENUE, PHILADELPHIA, PA 19140 to pay the sum certain of

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
9a. ORGANIZATION'S NAME

OR 9b. INDIVIDUAL'S SURNAME
**Coppedge**   FIRST PERSONAL NAME **James**

10. OPTIONAL FILER REFERENCE DATA

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
James Coppedge & (215) 913-1485

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

> CITY OF PHILADELPHIA/DEPT OF REVENUE
> ATTN: JAMES J. ZWOLAK, DIVISIONAL DEPUTY
> CITY SOLICITOR, For the City of Philadelphia
> 1401 JFK BLVD, 5th FL TAX UNIT
> PHILADELPHIA, PA 19102

Delaware Department of State
U.C.C. Filing Section
Filed: 01:51 PM 06/09/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 4484615
Service Request No: 20212398665

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
2009 0491016

☑ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| DEPARTMENT OF THE TREASURY FINANCIAL MANAGEMENT SERVICES | | | |
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| P.O. BOX 1686 | BIRMINGHAM | AL | 35201-1686 | USA |
| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
| Not Applicable | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

This is an actual constructive public notice of a partial release assignment of Financing Statement # 2009 0491016 on behalf of JAMES COPPEDGE, Address: 2113 W. ERIE AVENUE, PHILADELPHIA, PA 19140, to pay the sum certain for (1) MUNICPAL TAX LIENS in the Amount of $59,600.00 (Fifty-Nine Thousand, Six Hundred Dollars and Zero Cents), Deposit to the UNITED STATES TREASURY as an asset. (2) Delinquent Real Estate Tax Liability: ENTITY: BRT / 131066400, ACCOUNT ID: 1000115238: REAL ESTATE TAX: $11,515.55 (Eleven Thousand, Five Hundred Fifty Dollars and Fifty-Five Cents And Charge the Same to the CITY OF PHILADELPHIA, DEPARTMENT OF REVENUE for Order Number: LTS3946878, Client Number : 138150, CASE ID: 2003T0020
The Sum Total Certain = $71,115.55 (Seventy-One Thousand, One Hundred Fifteen Dollars and Fifty-Five Cents). The DEBT is Accepted for Value and Returned for Value, pursuant to HJR-192 in consideration of US CONST. ART. 1 SEC 10.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Coppedge | James | (NMI) | |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/07)

9.

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**JAMES COPPEDGE**

B. E-MAIL CONTACT AT FILER (optional)
leojames52@gmail.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

    ⌐ CITY OF PHILADELPHIA
    DEPARTMENT OF REVENUE/LAW DEPT
    WATER REVENUE BUREAU (TAX)
    1401 JFK BLVD, 5TH FL.
    PHILADELPHIA, PA 19102                                                 ⌐

Delaware Department of State
U.C.C. Filing Section
Filed: 10:14 AM 05/26/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 4083938
Service Request No: 20212103556

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**2009 0491016**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION.** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION.** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:

This Change affects ☐ Debtor or ☐ Secured Party of record

AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. **CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

7a. ORGANIZATION'S NAME
**DEPARTMENT OF THE TREASURY, FINANCIAL MANAGEMENT SERVICES**

OR 7b. INDIVIDUAL'S SURNAME

7c. INDIVIDUAL'S FIRST PERSONAL NAME | | | SUFFIX

7c. ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX

7c. MAILING ADDRESS
**P.O. BOX 1686** | CITY **BIRMINGHAM** | STATE AL | POSTAL CODE 35201-1686 | COUNTRY USA

8. ☑ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE assigned collateral ☑ ASSIGN collateral
Indicate collateral:

This is an actual constructive notice of a partial release of a BILL accepted for value and returned for value: Payable to the United States Treasury In the sum certain of : $2,215.05 (Two Thousand, Two Hundred Fifteen Dollars and Five Cents) and Charge the Same to : CITY OF PHILADELPHIA, WATER REVENUE BUREAU, Account No. 057-88190-03637-001 from an assignment of /Financial Statement: #2009 0491016 on behalf of COPPEDGE, JAMES: Address: 3637 N. 21 STREET, PHILADELPHIA, PA 19140. Pay CITY OF PHILA. WRB: $2,215.05 Dated: 03/26/21. pursuant to HJR-192 of June 5, 1933, UCC 1-103.6, 1-308

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment). If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME

OR 9b. INDIVIDUAL'S SURNAME
**Coppedge** | FIRST PERSONAL NAME **James** | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA

International Association of Commercial Administrators (IACA)

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
James Coppedge (302) 674-2535

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

CITY OF PHILADELPHIA/DEPT OF REVENUE /
LAW REVENUE BUREAU, MSB, ATTN; CFO ONLY
1401 JFK BLVD, ROOM 580
PHILADELPHIA, PA 19102

Delaware Department of State
U.C.C. Filing Section
Filed: 03:23 PM 02/05/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 0980376
Service Request No:  20210354483

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
2009 0491016

☑ 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) or ADDED INFORMATION:
7a. ORGANIZATION'S NAME
DEPARTMENT OF THE TREASURY/FINANCIAL MANAGEMENT SERVICES

OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
P.O. BOX 1686 | BIRMINGHAM | AL | 35201-1686 | USA

7d. SEE INSTRUCTIONS   ADD'L INFO RE   7e. TYPE OF ORGANIZATION   7f. JURISDICTION OF ORGANIZATION   7g. ORGANIZATIONAL ID #, if any
Not Applicable   ORGANIZATION DEBTOR   ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

This presentment is an actual and constructive notice of a partial assignment of Financing Statement#2009 0491016 for JAMES COPPEDGE, a tender of payment for the sum certain of the assessed value of Total Due 1: $53,700.00 for the CITY OF PHILADELPHIA- REAL ESTATE TAXES: Year(s) 2019 thru 2014 without controversy, in addition to WATER AND SEWER RENTS: Acct.# 88130-03743, Total Due 2: $514.37. Pay to the Order of CITY OF PHILADELPHIA Total assessed value due of: $54,314.37 and Charge the same to the UNITED STATES TREASURY. [See Bill Attachment for Address: 3742 N. 18th STREET, PHILADELPHIA, PA 19140. CASE ID: 2093100221.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME

9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
Coppedge | James

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

James Coppedge: (302) 674-2535

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

    CITY OF PHILADELPHIA / DEPT OF REVENUE
    LAW REVENUE BUREAU, MSB, ATTN: CFO ONLY
    1401 JFK BLVD, ROOM 580
    PHILADELPHIA, PA 19102

Delaware Department of State
U.C.C. Filing Section
Filed: 03:33 PM 02/05/2021
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2021 0981069
Service Request No: 20210354753

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. INITIAL FINANCING STATEMENT FILE #

2009 0491016

☐ to be filed [for record] [or recorded] in the REAL ESTATE RECORDS.

2. ☐ TERMINATION. Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement

3. ☐ CONTINUATION. Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☑ ASSIGNMENT (full or partial). Give name of assignee in item 7a or 7b and address of assignee in item 7c, and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION

6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

DEPARTMENT OF THE TREASURY / FINANCIAL MANAGEMENT SERVICES

OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 1686 | BIRMINGHAM | AL | 35201-1686 | USA |

7d. SEE INSTRUCTIONS | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any

ADD'L INFO RE ORGANIZATION DEBTOR

Not Applicable  ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

This is an actual and constructive notice of a partial assignment of Financing Statement # 2009 0491016 for debt discharge for JAMES COPPEDGE to Pay the Sum Certain of Total due 1: $51,600.00 (Fifty-One Thousand, Six Hundred Dollars and Zero Cents ) to the CITY OF PHILADELPHIA REAL ESTATE TAXES for the Year(s) 2019 thru 2011 without controversy. This payment also includes WATER REVENUE RENTS: Total due 2: $4,212.11 (Four Thousand, Two Hundred Twelve Dollars and Eleven Cents) under CASE ID: 200310023. Address of Property: 3637 N. 21st STREET, PHILADELPHIA, PA 19140.

TOTAL DUE OF SUM CERTAIN PAID: $55,812.11 ( Fifty-Five Thousand, Eight Hundred Twelve Dollars and Eleven Cents).

And Charge the Same to the UNITED STATES TREASURY.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME

9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

Coppedge | James

3

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

James Coppedge & (215) 913-1485

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
    DEPARTMENT OF THE TREASURY
    FINANCIAL MANAGEMENT SERVICE
    P.O. BOX 1686
    BIRMINGHAM, AL 35201-1686
```

Delaware Department of State
U.C.C. Filing Section
Filed: 02:56 PM 10-31-2019
U.C.C. Initial Filing No: 2009 0491016
Amendment No: 2019 7648443
Service Request No: 20197845909

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☑ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 2009 0491016 | |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☑ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable)

6. CURRENT RECORD INFORMATION:
| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:
| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| DEPARTMENT OF THE TREASURY FINANCIAL MANAGEMENT SERVICES | | | |
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| P.O. BOX 1686 | BIRMINGHAM | AL | 35201-1686 | USA |
| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
| Not Applicable | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

This presentment is an constructive public notice of a partial assignment of Financing Statement #2009 0491016 AMENDMENT (con'd) for JAMES COPPEDGE of the sum certain amount of Five Thousand, One Hundred Fifty-Seven Dollars and Fifty-Six Cents : $5,157.56 to be Deposited at the DEPARTMENT OF THE TREASURY as an asset.

1. PAY TO THE DEPARTMENT OF THE TREASURY the sum certain of : $5,157.56.
2. And Charge the Same to the DEPARTMENT OF REVENUE, WATER REVENUE BUREAU, PHILADELPHIA, PA 19102 FOR /SEWER & STORM WATER BILL FOR PROPERTY OF COPPEDGE, JAMES OF 3739 N. 08TH STREET, PHILADELPHIA, PA 19140; ACCOUNT# 057-88130-03739-001 as indicated by partial release.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor. If this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Coppedge | James | (NMI) | |

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

Form **56**
(Rev. December 2019)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship
(Internal Revenue Code Sections 6036 and 6903)
▶ Go to *www.irs.gov/Form56* for instructions and the latest information.

OMB No. 1545-0013

**Part I**  Identification

Name of person for whom you are acting (as shown on the tax return)
**JAMES COPPEDGE**

Identifying number

Decedent's social security no.

Address of person for whom you are acting (number, street, and room or suite no.)
**52 BARKLEY COURT**

City or town, state, and ZIP code (if a foreign address, see instructions.)
**DOVER, DELAWARE 19904**

Fiduciary's name
**HENRY M. PULSON JR. SECRETARY OF THE TREASURY, SUCCESSORS AND / OR ASSIGNS**

Address of fiduciary (number, street, and room or suite no.)
**1500 PENNSYLVANIA AVENUE NW**

City or town, state, and ZIP code
**WASHINGTON, DC 20220**

Telephone number (optional)
(    )

### Section A. Authority

1   Authority for fiduciary relationship. Check applicable box:
a   ☑ Court appointment of testate estate (valid will exists)
b   ☑ Court appointment of intestate estate (no valid will exists)
c   ☑ Court appointment as guardian or conservator
d   ☑ Fiduciary of intestate estate
e   ☑ Valid trust instrument and amendments
f   ☑ Bankruptcy or assignment for the benefit or creditors
g   ☑ Other. Describe ▶ ALL COMMERCIAL TRANSACTIONS AS DIRECTED
2a  If box 1a, 1b, or 1d is checked, enter the date of death ▶ FROM 07/29/1944 OF BIRTH T
b   If box 1c, 1e, 1f, or 1g is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶

### Section B. Nature of Liability and Tax Notices

3   Type of taxes (check all that apply):  ☑ Income   ☐ Gift   ☐ Estate   ☐ Generation-skipping transfer   ☐ Employment
    ☐ Excise   ☐ Other (describe) ▶

4   Federal tax form number (check all that apply):  a ☐ 706 series   b ☐ 709   c ☐ 940   d ☐ 941, 943, 944
    e ☑ 1040 or 1040-SR   f ☑ 1041   g ☐ 1120   h ☐ Other (list) ▶

5   If your authority as a fiduciary does not cover all years or tax periods, check here  .  .  .  .  .  .  .  .  .  .  .  . ▶ ☑
    and list the specific years or periods ▶ 2009 AND FORWARD

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.        Cat. No. 16375I        Form **56** (Rev. 12-2019)

PRESS FIRMLY TO SEAL

FSC MIX
PAPER POUCH

PRESS FIRM

# PRIORITY MAIL EXPRESS®

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

Retail



RDC 07

U.S. POSTAGE PAID
PME 1-Day
PHILADELPHIA, PA 19140
AUG 01, 2023
$28.75

R2305K133070-12

UNITED STATES POSTAL SERVICE®   PRIORITY MAIL EXPRESS®

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( )

JAMES COPPEDGE
52 BARKLEY ct
DOVER, DE 1990[...]

**DELIVERY OPTIONS (Customer Use Only)**

☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

U.S. DISTRICT COURT
FOR EASTERN DISTRICT of PA
Attn: Clerk of Court
601 MARKET ST
PHILA. PA 19106

ZIP+4 (U.S. ADDRESSES ONLY)
19106

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

← PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|

PO ZIP Code   Scheduled Delivery Date (MM/DD/YY)   Postage
19140   8/2/23   $28.75

Day Accepted (MM/DD/YY)   Scheduled Delivery Time   Insurance Fee   COD Fee
8/1/23   ☐ 10:30 AM ☐ 12 NOON   $

Time Accepted   ☐ AM   Return Receipt Fee   Live Animal Transportation Fee
2:45   ☑ PM   $   $

Special Handling/Fragile   Sunday/Holiday Premium Fee   Total Postage & Fees
$   $   $28.75

Weight   ☐ Flat Rate   Acceptance Employee Initials
lbs. oz.

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature

Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996

EI 946 5582 712 US

BY: _____



UNITED STATES POSTAL SERVICE®

RECEIVED AUG 02 2023

FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.